# 1. Dongguan Rui Teng Gift Co., Ltd.



Previous image took on: June 13, 2023 at 7:07 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.alibaba.com/product-detail/Girl-Boy-Detective-Sherlock-Holmes-Role_1600505408638.html | Alibaba |
| | **Brand** |
| **Product ID** | Sherlock Holmes |
| 1600505408638 | |
| **Seller Name** | |
| Dongguan Rui Teng Gift Co., Ltd. | |

Following image took on: June 13, 2023 at 7:07 AM UTC



Following image took on: June 13, 2023 at 7:08 AM UTC



Following image took on: June 13, 2023 at 7:08 AM UTC



Following image took on: June 13, 2023 at 7:09 AM UTC



Following image took on: June 13, 2023 at 7:13 AM UTC



Following image took on: June 13, 2023 at 7:16 AM UTC



Following image took on: June 13, 2023 at 7:17 AM UTC



Following image took on: June 13, 2023 at 7:20 AM UTC



Following image took on: June 13, 2023 at 7:20 AM UTC

Following image took on: June 13, 2023 at 7:15 AM UTC



# 2. Hanchuan Manyoushe Clothing Co., Ltd.



Previous image took on: June 5, 2023 at 10:47 AM UTC

**Product Page**

https://www.alibaba.com/product-detail/New-Design-detective-Sherlock-Holmes-kids_1600845942885.html

**Product ID**

1600845942885

**Seller Name**

Hanchuan Manyoushe Clothing Co., Ltd.

**Marketplace**

Alibaba

**Brand**

Sherlock Holmes

Following image took on: June 5, 2023 at 10:47 AM UTC



Following image took on: June 5, 2023 at 10:48 AM UTC



Following image took on: June 5, 2023 at 10:48 AM UTC



Following image took on: June 5, 2023 at 10:49 AM UTC



Following image took on: June 5, 2023 at 10:50 AM UTC



Following image took on: June 5, 2023 at 10:57 AM UTC



Following image took on: June 5, 2023 at 7:56 PM UTC



# 3. Hangzhou Lifc Import& Export Co., Ltd.



Previous image took on: June 5, 2023 at 11:13 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.alibaba.com/product-detail/Lolita-Costume-British-Academy-cosplay-Costume_1600651346472.html | Alibaba |
| | **Brand** |
| **Product ID** | Sherlock Holmes |
| 1600651346472 | |
| **Seller Name** | |
| Hangzhou Lifc Import& Export Co., Ltd. | |

Following image took on: June 5, 2023 at 11:13 AM UTC



Following image took on: June 5, 2023 at 11:14 AM UTC



Following image took on: June 5, 2023 at 11:14 AM UTC



Following image took on: June 5, 2023 at 11:14 AM UTC



Following image took on: June 5, 2023 at 11:15 AM UTC



Following image took on: June 5, 2023 at 11:16 AM UTC



Following image took on: June 5, 2023 at 11:17 AM UTC



Following image took on: June 5, 2023 at 11:19 AM UTC



Following image took on: June 5, 2023 at 11:19 AM UTC

Following image took on: June 5, 2023 at 8:05 PM UTC



# 4. Quanzhou Walson Supply Chain Management Co., Ltd.



Previous image took on: June 13, 2023 at 9:02 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.alibaba.com/product-detail/Halloween-movie-character-Sherlock-Holmes-a_1600647383864.html | Alibaba |
| | **Brand** |
| | Sherlock Holmes |
| **Product ID** | |
| 1600647383864 | |
| **Seller Name** | |
| Quanzhou Walson Supply Chain Management Co., Ltd. | |

Following image took on: June 13, 2023 at 9:02 AM UTC



Following image took on: June 13, 2023 at 9:02 AM UTC



Following image took on: June 13, 2023 at 9:03 AM UTC



Following image took on: June 13, 2023 at 9:04 AM UTC



Following image took on: June 13, 2023 at 9:05 AM UTC

Following image took on: June 13, 2023 at 9:07 AM UTC



Following image took on: June 13, 2023 at 9:07 AM UTC



Following image took on: June 13, 2023 at 9:09 AM UTC



Following image took on: June 13, 2023 at 9:06 AM UTC



# 5. Wuhan Missyuan Trading Co., Ltd.



Previous image took on: June 9, 2023 at 11:19 AM UTC

**Product Page**

https://www.alibaba.com/product-detail/Kindergarten-stage-show-Halloween-costume-boy_1600738655080.html

**Product ID**

1600738655080

**Seller Name**

Wuhan Missyuan Trading Co., Ltd.

**Marketplace**

Alibaba

**Brand**

Sherlock Holmes

Following image took on: June 9, 2023 at 10:59 AM UTC

Following image took on: June 9, 2023 at 11:03 AM UTC



Following image took on: June 9, 2023 at 11:05 AM UTC



Following image took on: June 9, 2023 at 11:06 AM UTC



Following image took on: June 13, 2023 at 11:38 AM UTC

Following image took on: June 9, 2023 at 11:18 AM UTC



Following image took on: June 9, 2023 at 11:18 AM UTC

Following image took on: June 13, 2023 at 11:39 AM UTC



# 6. Yiwu Baige Crafts Co., Ltd.



Previous image took on: June 13, 2023 at 9:22 AM UTC

**Product Page**

https://www.alibaba.com/product-detail/Girl-Boy-Detective-Sherlock-Holmes-Role_1600519144920.html

**Product ID**

1600519144920

**Seller Name**

Yiwu Baige Crafts Co., Ltd.

**Marketplace**

Alibaba

**Brand**

Sherlock Holmes

Following image took on: June 13, 2023 at 9:22 AM UTC

Following image took on: June 13, 2023 at 9:23 AM UTC



Following image took on: June 13, 2023 at 9:23 AM UTC



Following image took on: June 13, 2023 at 9:26 AM UTC



Following image took on: June 13, 2023 at 9:29 AM UTC



Following image took on: June 13, 2023 at 9:27 AM UTC



Following image took on: June 15, 2023 at 1:33 PM UTC

## Company Contact

| | |
|---|---|
| Company Contact: | http://www.ansoo.cn |
| Country: | China |
| Province: | Zhejiang |
| City: | Yiwu |
| Mobile: | 📱 VIEW MOBILE |
| Phone: | 📞 VIEW PHONE |
| Fax: | |
| Total Revenue: | US$2.5 Million - US$5 Million |
| Factory Location: | Office: Floor 3, No. 818, Gongren North Road, Yiwu City, Zhejiang Province, China Factory: No. 50, Chaoyong Road, Shangxi Town, Yiwu City, Zhejiang Province, China |
| Total Export Revenue: | confidential |
| Trade Department Employees: | 3-5 People |
| Registered Capital: | 5000000 RMB |
| Export Percentage: | 71%~90% |
| Import Export Mode: | Have Own Export Lisence |

**CONTACT NOW!**

# 7. Konshen Store



Previous image took on: June 15, 2023 at 12:52 PM UTC

**Product Page**

https://www.aliexpress.us/item/3256801284997157.html

**Product ID**

3256801284997157

**Seller Name**

Konshen Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: June 15, 2023 at 12:52 PM UTC



Following image took on: June 15, 2023 at 12:53 PM UTC



Following image took on: June 15, 2023 at 12:55 PM UTC



Following image took on: June 15, 2023 at 12:55 PM UTC

Following image took on: June 15, 2023 at 12:56 PM UTC



Following image took on: June 15, 2023 at 12:58 PM UTC

# 8. SEN AO Store



Previous image took on: January 5, 2023 at 9:23 AM UTC

**Product Page**

https://www.aliexpress.us/item/2255799872060823.html

**Product ID**

2255799872060823

**Seller Name**

SEN AO Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 9:23 AM UTC



Following image took on: January 5, 2023 at 9:23 AM UTC



Following image took on: January 5, 2023 at 9:23 AM UTC



Following image took on: January 5, 2023 at 9:24 AM UTC



Following image took on: January 5, 2023 at 9:25 AM UTC



Following image took on: January 5, 2023 at 9:25 AM UTC

Following image took on: January 5, 2023 at 9:26 AM UTC



Following image took on: January 5, 2023 at 9:26 AM UTC



# 9. Shop1102068147 Store



Previous image took on: January 5, 2023 at 9:30 AM UTC

**Product Page**

https://www.aliexpress.us/item/325680435750397
9.html

**Product ID**

3256804357503979

**Seller Name**

Shop1102068147 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 9:30 AM UTC

Following image took on: January 5, 2023 at 9:30 AM UTC



Following image took on: January 5, 2023 at 9:30 AM UTC



Following image took on: January 5, 2023 at 9:31 AM UTC



Following image took on: January 5, 2023 at 9:32 AM UTC



Following image took on: January 5, 2023 at 9:32 AM UTC



Following image took on: January 5, 2023 at 9:32 AM UTC

AliExpress

**Shipping Address**

Rob Harrison   +1 3125467900
4657 S emerald AVE / Chicago
Chicago, Illinois, United States, 60609

Change

**Payment Methods**

PayPal

Change

Shop1102668547 Store

Halloween Parent-Child Movie Character Detective Sherlock Holmes Cosplay Unisex Childr...

US $31.36

Free Shipping

**Summary**

| | |
|---|---|
| Total item costs | US $31.36 |
| Promo Code | Enter code here → |
| Total shipping | Free |
| Tax | US $3.22 |
| **Total** | **US $34.58** |

PayPal

Open Doing "Place Order", I confirm I have read and acknowledged all terms and polices

AliExpress

AliExpress keeps your information and payment safe

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Alibaba Group**

Alibaba Group Website, AliExpress, Alibaba, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play   App Store   AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-4 浙公网安备 33010002000048号

# 10. Shop1102457331 Store



Previous image took on: January 4, 2023 at 8:06 AM UTC

**Product Page**

https://www.aliexpress.com/item/325680480282
6332.html

**Product ID**

3256804802826332

**Seller Name**

Shop1102457331 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: January 4, 2023 at 8:06 AM UTC



Following image took on: January 4, 2023 at 8:07 AM UTC



Following image took on: January 4, 2023 at 8:07 AM UTC



Following image took on: January 4, 2023 at 8:08 AM UTC



Following image took on: January 4, 2023 at 8:09 AM UTC



Following image took on: January 4, 2023 at 8:09 AM UTC

Following image took on: January 4, 2023 at 8:09 AM UTC

AliExpress

**Shipping Address**

Rob Harrison    +1 3125467900
4657 E emerald AVE / Chicago
Chicago, Illinois, United States, 60609                    Change

**Payment Methods**

PayPal                                                      Change

Shop1162457331 Store

SHERLOCK HOLMES. Private Dic Fictional Detective inspired Mens T shirt 100% Cotton Prin...
PRO PRICE $
US $12.59                                          −  1  +

Free Shipping
Delivered within: Jan 27                                          >

**Summary**

Total item costs                                    US $12.59
Promo Code                                   Enter code here  →
Total shipping                                            Free
Tax ⓘ                                                US $1.29
Total                                              US $13.88

PayPal

Open clicking "Place Order", I confirm I have read and
acknowledged all terms and policies.

✅ AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alibaba.com, Alima, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, YUNOS

Google Play    App Store    AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved 浙网文证书 530108020022465号 增值电信业务经营许可证 浙B2-20120091-4 浙公网安备 33010802002248号

# 11. Shop1102665815 Store



Previous image took on: June 15, 2023 at 10:17 AM UTC

**Product Page**

https://www.aliexpress.us/item/3256805089993268.html

**Product ID**

3256805089993268

**Seller Name**

Shop1102665815 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: June 15, 2023 at 5:15 PM UTC

Following image took on: June 15, 2023 at 10:19 AM UTC



Following image took on: June 15, 2023 at 10:20 AM UTC



Following image took on: June 15, 2023 at 10:20 AM UTC



Following image took on: June 15, 2023 at 10:22 AM UTC



Following image took on: June 15, 2023 at 10:23 AM UTC



Following image took on: June 15, 2023 at 10:26 AM UTC

# 12. Shop1102668063 Store



Previous image took on: June 16, 2023 at 8:28 AM UTC

**Product Page**

https://www.aliexpress.us/item/3256805096666526.html

**Product ID**

3256805096666526

**Seller Name**

Shop1102668063 Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: June 16, 2023 at 9:14 PM UTC



Following image took on: June 16, 2023 at 8:30 AM UTC



Following image took on: June 16, 2023 at 8:31 AM UTC



Following image took on: June 16, 2023 at 8:31 AM UTC



Following image took on: June 16, 2023 at 8:33 AM UTC



Following image took on: June 16, 2023 at 8:35 AM UTC



# 13. YB sanTee Store



Previous image took on: January 5, 2023 at 8:30 AM UTC

**Product Page**

https://www.aliexpress.us/item/2255800520628
870.html

**Product ID**

2255800520628870

**Seller Name**

YB sanTee Store

**Marketplace**

AliExpress

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 8:30 AM UTC



Following image took on: January 5, 2023 at 8:31 AM UTC



Following image took on: January 5, 2023 at 8:31 AM UTC



Following image took on: January 5, 2023 at 8:32 AM UTC



Following image took on: January 5, 2023 at 8:32 AM UTC



Following image took on: January 5, 2023 at 8:33 AM UTC



Following image took on: January 5, 2023 at 8:33 AM UTC

AliExpress

**Shipping Address**

Rob Harrison     +1 3125467900
4657 S emerald AVE I Chicago
Chicago, Illinois, United States, 60609

Change

**Payment Methods**

PayPal

Change

YB sanTee Store

New Fashion I Am Sherlock T Shirts Short Sleeved Sherlock Holme Men Short Sleeve O Nec...

US $9.53

Free Shipping

**Summary**

| | |
|---|---|
| Total item costs | US $9.53 |
| Saved | -US $0.00 |
| Promo Code | Enter code here |
| Total shipping | Free |
| Tax | US $0.97 |
| **Total** | **US $10.41** |

PayPal

AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR Infringement

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Google Play     App Store     AppGallery

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved.

# 14. Extreme-CStore



Previous image took on: January 3, 2023 at 2:02 PM UTC

**Product Page**

https://www.amazon.com/Sherlock-Holmes-Benedict-Cumberbatch-Trench/dp/B07Y8HYWXL

**Product ID**

B07Y8HYWXL

**Seller Name**

Extreme-CStore

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

Following image took on: January 3, 2023 at 2:02 PM UTC



Following image took on: January 3, 2023 at 2:02 PM UTC



Following image took on: January 3, 2023 at 2:02 PM UTC



Following image took on: January 3, 2023 at 2:03 PM UTC

Following image took on: January 3, 2023 at 2:04 PM UTC



Following image took on: January 3, 2023 at 2:04 PM UTC



# 15. Liga Fashion Official ®



Previous image took on: January 5, 2023 at 8:38 AM UTC

**Product Page**

https://www.amazon.com/Sherlock-Holmes-Black-T-Shirt-Medium/dp/B09LB5K6C6/ref=sr_1_267?crid=XZM07W4BPHG4

**Product ID**

B09LB5K6C6

**Seller Name**

Liga Fashion Official ®

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 8:38 AM UTC



Following image took on: January 5, 2023 at 8:38 AM UTC

Following image took on: January 5, 2023 at 8:39 AM UTC



Following image took on: January 5, 2023 at 8:39 AM UTC

Following image took on: January 5, 2023 at 8:40 AM UTC



Following image took on: January 5, 2023 at 8:41 AM UTC



# 16. Luzelongbeimeizhan



Previous image took on: January 3, 2023 at 2:05 PM UTC

**Product Page**

https://www.amazon.com/Zonster-Sherlock-Detective-Accessories-Deerstalker/dp/B09L876K4N

**Product ID**

B09L876K4N

**Seller Name**

Luzelongbeimeizhan

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

Following image took on: January 3, 2023 at 2:06 PM UTC



Following image took on: January 3, 2023 at 2:05 PM UTC



Following image took on: January 3, 2023 at 2:06 PM UTC



Following image took on: January 3, 2023 at 2:07 PM UTC



Following image took on: January 3, 2023 at 2:07 PM UTC



Following image took on: January 3, 2023 at 2:08 PM UTC



Following image took on: January 3, 2023 at 2:09 PM UTC

Following image took on: January 3, 2023 at 2:11 PM UTC

                                    Order Confirmation

## Hello rob,

Thank you for shopping with us. We'll send a confirmation when your item ships.

## Details

Order #112-9157950-9472225

| Arriving: | Ship to: |
| --- | --- |
| **January 25 -** | dean |
| **Tuesday, February 14** | **RIVER GROVE, IL** |
| | Order Total: $19.97 |

**View or manage order**

We hope to see you again soon.

**Amazon.com**

---

## Keep shopping for

  Men's Sherlock Holmes Benedict...
$99.99

  Iron Maiden The Book of Souls Sticker...
$6.99

---

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# Order Details

Ordered on January 3, 2023 | Order# 112-9157950-9472225

View or Print invoice

| Shipping Address | Payment Method | Apply gift card balance | Order Summary | |
|---|---|---|---|---|
| dean A quinn | **** 5856 | Enter code | Item(s) Subtotal: | $17.99 |
| 3000 RIVER RD UNIT 126 | Change | | Shipping & Handling: | $0.00 |
| RIVER GROVE, IL 60171-1009 | | Apply | Total before tax: | $17.99 |
| United States | | | Estimated tax to be collected: | $1.98 |
| Change | | | Grand Total: | $19.97 |

See tax and seller information

## Arriving Jan 25 - Feb 14

Track package



Zonster Sherlock Holmes Detective Hat Cosplay Accessories Berets Men Women Two Brims Beret Deerstalker Hat, Khaki, 52-55CM

Sold by: Luzelongbeimeizhan

$17.99

**Condition:** New

Buy it again

Problem with order

Change Payment Method

Change shipping speed

Cancel items

Archive order

## Top picks for you

Page 1 of 8



**Ladybug Tablecover Ladybug Party Tablecloth Vintage Polka Dots Tablecloth...**
★★★★★ 317
Amazon's Choice in Tablecloths
$8.99 ($4.50/Count)
Get it as soon as **Sunday, Jan 8**
FREE Shipping on orders over $25 shipped by Amazon



**Aurora World Molang - 4.5" Piu Piu, Multicolored**
★★★★★ 240
$9.99
Get it as soon as **Monday, Jan 9**
FREE Shipping on orders over $25 shipped by Amazon
Only 11 left in stock - orde...



**60PCS Vintage Rock Wall Collage Kit, 4X6" Rock Band Posters, Retro Music Concert Album Cover Wall Aesthetic Pictures, Vintage Roo...**
★★★★★ 284
$14.99



**Vision Licensed Miraculous Ladybug Cat Noir 12" Party Balloons 25 Pcs | Assorted Colors Premium Latex for...**
★★★★★ 645
$11.80 ($0.47/Count)
Get it as soon as **Sunday, Jan 8**
FREE Shipping on orders over $25 shipped by Amazon



Following image took on: January 10, 2023 at 8:45 AM UTC



**Arriving January 25 – February 14**

See all orders

### Shipped
Package left the carrier facility.

Ordered — Shipped — Out for delivery — Delivered

**Shipped with JT**

Tracking ID: US0214932915
See all updates

*Tracking info provided by Luzelongbeimeizhan*
*You can also contact the seller with questions about the tracking info.*

**Address info**

dean A quinn
3000 RIVER RD UNIT 126
RIVER GROVE, IL 60171-1009

**Order Info**

View order details



Hi rob, your package will arrive:

## Wednesday, January 25 - Tuesday, February 14

**Track package**

Deliver a smile this holiday.

*Say, "Alexa, thank my driver."*

---

ON THE WAY

1 item

Order #112-9157950-9472225

SHIP TO

dean

RIVER GROVE, IL

SHIPMENT TOTAL

$19.97

Return or replace items in **Your orders**

Learn how to recycle your packaging at
**Amazon Second Chance**.



Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC

Return Address:

Only for Return
12500 Slauson Ave. Unit B1A (Not Seller Addres
Santa Fe Springs, CA 90670

Ship To: dean A quinn
3000 RIVER RD UNIT 126
River Grove, IL 60171

02/13/2023 12:35

ORD209    AM    B    R01    Parcel

Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC

Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC



Following image took on: February 13, 2023 at 5:42 PM UTC



# 17. MARCHE SYDNEY



Previous image took on: June 14, 2023 at 10:57 AM UTC

**Product Page**

https://www.amazon.com/Marche-Sydney-Sherlock-Benedict-Cumberbatch/dp/B0795T2377

**Product ID**

B0795T2377

**Seller Name**

MARCHE SYDNEY

**Marketplace**

Amazon

**Brand**

Sherlock Holmes

Following image took on: June 14, 2023 at 10:55 AM UTC



Following image took on: June 14, 2023 at 10:57 AM UTC



**Product Description**

**Sherlock Holmes Benedict Cumberbatch Wool Coat**

This Wool Coat is an absolute necessity have for any Sherlock Holmes and Benedict Cumberbatch Fan. It is precisely as worn by Sherlock Holmes in the TV Series. Made to Perfection keeping in mind the points of interest of the coat. Best Winter outfit Collection Double breasted are the Most Trendy and are on TOP Fashion.

**Style & Features:**

Sherlock Holmes Double Breasted Wool Coat of Premium Quality.
Consists of Four Outside And Two Inside Pockets ✓ Internal. Viscose Lining ✓ Button Closure ✓ Lapel Collar ✓ 100% Screen Accurate.
Detailed Size Chart Has Been Attached For Perfect Fitting. Kindly Select Your Size Efficiently. When selecting a size, please leave at least 3-4 inches from body measurement to get a slim fit. For example, if the chest circumference is 43 inches, please select a coat with chest of 44 inches to get slim fit. E.g ( 40 + 4 ) = 44 inches.

**Uses & Benefits:**

Great Choice For Casual & Parties.

**QUALITY IS GUARANTEED:**

We believe in long-term relationship with our Customers.
We use the high quality Material in our products.
It has been carefully designed and we have manufactured it with all attention to details.
Professionally cut & Premium stitching throughout as per international standards.
No Hassle Returns & Refunds, 30 Days Money Back Guarantee, 100% Satisfaction and Top Customer Service.

Please follow our below size chart. It is best to have proper measurement first before placing the order. We prefer your custom given measurements for flawless fit. We may request further measurements. Kindly provide this as we try and reduce returns by checking measurements.

**SIZE CHART:**

| Size | chest-width | Shoulder | Sleeve | Length |
|------|------------|----------|--------|--------|
| XXS | 33.5in | 14.5 | 23.5 | 25 |
| XS | 35-36 | 15 | 24 | 25.5 |
| S | 37-38 | 15.5 | 24.5 | |

**Product details**

**Is Discontinued By Manufacturer** : No

**Item Weight** : 4.41 Pounds

**Department** : Mens

**Date First Available** : December 25, 2017

**Manufacturer** : Marche Sydney

**ASIN** : B0785V9HK6

**Best Sellers Rank:** #1,728,419 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#406 in Men's Wool Jackets & Coats

**Customer Reviews:** 4.0 ★★★★☆ ~ 74 ratings

**Videos**

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item**

Sponsored

Page 1 of 18

Following image took on: June 14, 2023 at 10:58 AM UTC



**MARCHE SYDNEY**

Visit the MARCHE SYDNEY storefront

★★★★☆ | 69% positive lifetime (39 total ratings)

Marche Sydney Sherlock Holmes ...
USD $109⁰⁰

Add to Cart

**Share your thoughts with other customers**

Leave seller feedback

★★★☆☆  "Ordered size up (2x=3x), but sizing on product is VERY overstated. The 3XL coat was approximately XL standard sizing, or a bit larger. Additionally, the packag..."
Read more
By Todd Howard on October 30, 2022.

★★★★☆  "I think this is awesome"
By Eli schmidt on May 10, 2022.

★☆☆☆☆  "will I be recieving item soon... I have wrote and called but something back...plz respond"
By jason on April 6, 2021.

Previous Next

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your order, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** Nabeel Hasan
**Business Address:**
15A Carrish Ave
Killarney Vale
NSW
2261
AU

**Shipping Policies**  ⌄

**Other Policies**  ⌄

Following image took on: June 14, 2023 at 11:52 AM UTC



Following image took on: June 14, 2023 at 11:53 AM UTC



Following image took on: June 14, 2023 at 11:54 AM UTC



Following image took on: June 14, 2023 at 11:58 AM UTC



Following image took on: June 15, 2023 at 1:24 PM UTC

# 18. uk-unique



Previous image took on: January 5, 2023 at 8:34 AM UTC

Product Page

https://www.amazon.com/UK-UNIQUE-Country-Sherlock-Deerstalker-Hunting/dp/B086H5X9CN/ref=sr_1_246?crid=31Q9REFEDMSGU

Marketplace

Amazon

Brand

Sherlock Holmes

Product ID

B086H5X9CN

Seller Name

uk-unique

Following image took on: January 5, 2023 at 8:35 AM UTC



Following image took on: January 5, 2023 at 8:35 AM UTC



Following image took on: January 5, 2023 at 8:35 AM UTC



Following image took on: January 5, 2023 at 8:35 AM UTC

Following image took on: January 5, 2023 at 8:36 AM UTC



Following image took on: January 5, 2023 at 8:36 AM UTC



Following image took on: January 5, 2023 at 8:37 AM UTC



# 19. huaqi99_38



Previous image took on: January 4, 2023 at 8:27 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.ebay.com/itm/155202149526 | eBay |

| Product ID | Brand |
|---|---|
| 155202149526 | Sherlock Holmes |

| Seller Name | |
|---|---|
| huaqi99_38 | |

Following image took on: January 4, 2023 at 8:27 AM UTC



Following image took on: January 4, 2023 at 8:29 AM UTC



Following image took on: January 4, 2023 at 8:27 AM UTC



Following image took on: January 4, 2023 at 8:27 AM UTC



Following image took on: January 4, 2023 at 8:28 AM UTC



Following image took on: January 4, 2023 at 8:28 AM UTC



Following image took on: January 4, 2023 at 8:28 AM UTC



Following image took on: January 4, 2023 at 8:28 AM UTC



Following image took on: January 4, 2023 at 8:29 AM UTC



# 20. coserbuy



Previous image took on: June 13, 2023 at 10:06 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.com/itm/155550859290 | eBay |
| **Product ID** | **Brand** |
| 155550859290 | Sherlock Holmes |
| **Seller Name** | |
| coserbuy | |

Following image took on: June 13, 2023 at 10:06 AM UTC



Following image took on: June 13, 2023 at 10:07 AM UTC



Following image took on: June 13, 2023 at 10:08 AM UTC

Following image took on: June 13, 2023 at 10:08 AM UTC



Following image took on: June 13, 2023 at 10:08 AM UTC



Following image took on: June 13, 2023 at 10:09 AM UTC

Following image took on: June 13, 2023 at 10:09 AM UTC



Following image took on: June 13, 2023 at 10:10 AM UTC



Following image took on: June 13, 2023 at 10:10 AM UTC

Following image took on: June 13, 2023 at 10:11 AM UTC



Following image took on: June 13, 2023 at 10:12 AM UTC

# 21. fashion_5699



Previous image took on: June 29, 2023 at 1:04 PM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.com/itm/204358670035 | eBay |
| **Product ID** | **Brand** |
| 204358670035 | Sherlock Holmes |
| **Seller Name** | |
| fashion_5699 | |

Following image took on: June 29, 2023 at 1:04 PM UTC



Following image took on: June 29, 2023 at 1:06 PM UTC



Following image took on: June 29, 2023 at 1:06 PM UTC

Following image took on: June 29, 2023 at 1:07 PM UTC



Following image took on: June 29, 2023 at 1:08 PM UTC

Following image took on: June 29, 2023 at 1:08 PM UTC



Following image took on: June 29, 2023 at 1:08 PM UTC



Following image took on: June 29, 2023 at 1:10 PM UTC

ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA 🔵 💳 🟠

● **PayPal**

○ PayPal Credit                                          ⌄

○ GPay Google Pay

**Ship to**

Kirk Beadstead
4617 S Emerald Ave
Chicago, IL 60609-4413
United States
(615) 221-0621
Change

**Review item and shipping**

Seller: fashion_5699    Message to seller

Halloween Detective Sherlock Holmes Cosplay Unisex Children's Performance Clothe
Suitable for Height: M Code. Color: Figure
**$33.15**
$34.99

Quantity
1                    ▾

Delivery
Est. delivery: Jul 14 – Jul 19
SpeedPAK Standard
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:                         Apply

Donate to charity (optional) ⓘ

---

Subtotal (1 item)                    $33.15
Shipping                              Free
Tax*                                  $3.40

**Order total**                     $36.55

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

ebay MONEY BACK GUARANTEE
See details

# 22. rousakpm



Previous image took on: June 12, 2023 at 1:35 PM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.ebay.com/itm/285225216317 | eBay |
| **Product ID** | **Brand** |
| 285225216317 | Sherlock Holmes |
| **Seller Name** | |
| rousakpm | |

Following image took on: June 12, 2023 at 1:35 PM UTC



Following image took on: June 12, 2023 at 1:35 PM UTC



rousakpm

# 尺寸信息
## SIZE INFORMATION

| SIZE | length 衣长 | bust 胸围 | shoulder 肩宽 | heigth 参考身高(CM) | weigth 参考体重(KG) |
|---|---|---|---|---|---|
| M | 68 | 50 | 44 | 155-170 | 50-60 |
| L | 71 | 53 | 46 | 170-175 | 60-70 |
| XL | 74 | 56 | 48 | 175-180 | 70-85 |
| 2XL | 77 | 59 | 51 | 180-185 | 85-95 |
| 3XL | 80 | 62 | 54 | 185-190 | 95-105 |

*手工测量存在1-2CM误差，请理解
*尺码推荐仅供参考

Following image took on: June 12, 2023 at 1:36 PM UTC

About this item    Shipping, returns & payments                                                    Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 07, 2023 20:38:10 PDT View all revisions                    eBay item number: 285225256317

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Size Type | Regular | Department | Teens |
| Type | T-Shirt | | |

## Item description from the seller

**Brand New**

**Color: as show**

**Material: Cotton**

**Quantity:  1pc**

**Size: M/L/XL/XXL/XXXL**

DataCaciques
ERP · Listing, Data, Cross-Selling

rousakpm
99.6% Positive Feedback
19K items sold

Visit store
Contact
♡ Save seller

Detailed seller ratings              Seller feedback (1,405)

Following image took on: June 12, 2023 at 1:37 PM UTC

Following image took on: June 12, 2023 at 1:37 PM UTC



Following image took on: June 12, 2023 at 1:37 PM UTC



Following image took on: June 12, 2023 at 1:37 PM UTC

Following image took on: June 12, 2023 at 1:38 PM UTC



Following image took on: June 12, 2023 at 1:39 PM UTC



# 23. sfyuan888



Previous image took on: June 12, 2023 at 2:27 PM UTC

**Product Page**

https://www.ebay.com/itm/204358670035

**Marketplace**

eBay

**Product ID**

204358670035

**Brand**

Sherlock Holmes

**Seller Name**

sfyuan888

Following image took on: June 12, 2023 at 2:27 PM UTC



Following image took on: June 12, 2023 at 2:28 PM UTC



Following image took on: June 12, 2023 at 2:28 PM UTC



Following image took on: June 12, 2023 at 2:29 PM UTC



Following image took on: June 12, 2023 at 2:29 PM UTC

Following image took on: June 12, 2023 at 2:29 PM UTC



Following image took on: June 12, 2023 at 2:30 PM UTC



Following image took on: June 12, 2023 at 2:30 PM UTC

**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card
○ VISA ⬜ ⬤ ⬜

● **PayPal**

○ PayPal CREDIT ⌄

○ G Pay Google Pay

**Ship to**

Kim Beadstead
4617 S Emerald Ave
Chicago, IL 60609-4413
United States
(815) 221-0621
Change

**Review item and shipping**

Seller: vfyus658    Message to seller

Halloween Detective Sherlock Holmes Cosplay Unisex Children's
Performance Clothe
Suitable for Height: M Code, Color: Figure

$33.15
$34.00

Quantity
1 ⌄

**Delivery**
Est. delivery: Jun 27 – Jun 30
SpeedPAK Standard
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code    Apply

| Subtotal (1 item) | $33.15 |
| Shipping | Free |
| Tax* | $3.40 |
| **Order total** | **$36.55** |

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.
*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

# 24. styuan888



Previous image took on: June 13, 2023 at 9:34 AM UTC

Product Page

https://www.ebay.com/itm/204358670035

Product ID

204358670035

Seller Name

styuan888

Marketplace

eBay

Brand

Sherlock Holmes

Following image took on: June 13, 2023 at 9:35 AM UTC



Following image took on: June 13, 2023 at 9:35 AM UTC



Following image took on: June 13, 2023 at 9:41 AM UTC

About this item    Shipping, returns & payments          Report this item

Seller assumes all responsibility for this listing.

Last updated on Jun 04, 2023 21:09:08 PDT. View all revisions      eBay item number: 204356670036

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Brand | Unbranded |
| Material | Polyester fiber | Country/Region of Manufacture | China |
| Gender | Girls | Size | L |

### Item description from the seller

Applicable gender: neutral men and women can
Fabric name: chemical fiber blended
Color: clothes pipe
Color: clothes magnifying glass
Color: clothes pipe magnifying glass
Suitable for height: S size-XL