Following image took on: June 13, 2023 at 9:36 AM UTC



Following image took on: June 13, 2023 at 9:37 AM UTC

Following image took on: June 13, 2023 at 9:38 AM UTC



Following image took on: June 13, 2023 at 9:38 AM UTC

Following image took on: June 13, 2023 at 9:38 AM UTC



Following image took on: June 13, 2023 at 9:39 AM UTC



Following image took on: June 13, 2023 at 9:40 AM UTC

**ebay** Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

VISA ●● ●● ●●

● **PayPal**

○ PayPal CREDIT

○ G Pay Google Pay

**Ship to**

Kirt Beasteoud
4617 S Emerald Ave
Chicago, IL 60609-4413
United States
(615) 221-0621
Change

**Review item and shipping**

Seller: sfyuan000  Message to seller

Halloween Detective Sherlock Holmes Cosplay Unisex Children's
Performance Clothe
Suitable for Height: M Code, Color: Figure
$33.55
$34.66

Quantity
1 ▾

Delivery
Est. delivery: Jun 28 – Jul 3
SpeedPAK Standard
Free

Save up to 5%

**Gift cards, coupons, eBay Bucks**

Enter code:                    Apply

---

Subtotal (1 item)          $33.55
Shipping                      Free
Tax*                         $3.40

**Order total**            $36.55

By placing your order, you agree to eBay's
User Agreement and Privacy Notice
*We're required by law to collect sales tax and
applicable fees for certain tax authorities
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

**ebay** MONEY BACK GUARANTEE
See details

# 25. xykguk0618



Previous image took on: June 13, 2023 at 9:54 AM UTC

**Product Page**

https://www.ebay.com/itm/394663102709

**Product ID**

394663102709

**Seller Name**

xykguk0618

**Marketplace**

eBay

**Brand**

Sherlock Holmes

Following image took on: June 13, 2023 at 9:54 AM UTC



Following image took on: June 13, 2023 at 9:54 AM UTC



Following image took on: June 13, 2023 at 9:55 AM UTC



Following image took on: June 13, 2023 at 9:55 AM UTC



Following image took on: June 13, 2023 at 9:55 AM UTC



Following image took on: June 13, 2023 at 9:58 AM UTC



Following image took on: June 15, 2023 at 1:16 PM UTC

Following image took on: June 13, 2023 at 10:01 AM UTC



Following image took on: June 13, 2023 at 10:01 AM UTC

Following image took on: June 13, 2023 at 10:03 AM UTC

# 26. xykguk0618



Previous image took on: June 12, 2023 at 2:37 PM UTC

**Product Page**

https://www.ebay.com/itm/394663102709

**Product ID**

394663102709

**Seller Name**

xykguk0618

**Marketplace**

eBay

**Brand**

Sherlock Holmes

Following image took on: June 12, 2023 at 2:37 PM UTC



Following image took on: June 12, 2023 at 2:37 PM UTC



Following image took on: June 12, 2023 at 2:38 PM UTC



Following image took on: June 12, 2023 at 2:38 PM UTC

**Product Description**

The 1920s Men Fancy Dress Costume Set is suit for 1920s themed party,Holmes Detective themed party,Cocktail party, Wedding party Prom or homecoming party etc.

**About This Item:**

- 1920s Men Fancy Dress Costume Set :Sherlock Holmes Costume covers 1x Hat, 1x Eyebrows, Mustache, 1x Glasses, 1x Y-Back Suspender, 1x Magnifying Glass, 1xBow Tie. Contains everything you need to dress up for masquerade party. (Please note: cape not included with this set.)
- One Size Fit Most Detective Hat: This Sherlock Holmes Costume suitable for most teens and adults. It can transform yourself into a fashionable old man or disguise yourself as a famous detective Sherlock Holmes at upcoming carnival celebrations and theme parties. A hit at any party with these classic accessories!
- Fastening: Drawstring
- Masquerade Party Ideal: For fun and wacky entertainment. Perfect for fancy dress party, Halloween, carnivals party, detective theme costume party or halloween christmas flapper party, etc.
- Adjustable Y-back Suspenders: Elastic suspenders can be adjusted as needed. Light and breathable material will create a comfortable wearing experience. A wonderful gift for your husband, father, or boy friend. Best Gift for your fancy dress party!
- 100% HIGH QUALITY: this Sherlock Holmes Costume set made from high-quality materials, durable Elegance and Gentleman. Hat and suspender can also be used in your daily life. Any problem please contact us online at first time, we will provide a solution ASAP.

**Package Includes:**

1x Hat

1x Eyebrows, Mustache

1x Glasses

1x Magnifier

1x Bow tie

1x Y-Back Suspender

| Payment | Delivery details | Terms of sales | About us | Contact us |
|---|---|---|---|---|

We accept payment through Paypal ONLY, the fastest and safest way.

Payment must be received within 4-8 days after auctions ended. Unpaid dispute will be filed to eBay for the non payable bidders.We only ship to confirmed paypal addresses.

PUSHAUCTION

Following image took on: June 12, 2023 at 2:39 PM UTC

Boy Or Girl Balloon Garland Gender Reveal Party Baby Shower Balloon s Arch Kit
6.59 GBP
Buy It Now
Free shipping

121x Balloons Arch Kit Baby Gende r Reveal Party Birthday Decor Ballo ons Garland
8.92 GBP
Buy It Now
Free shipping

Balloons Arch Kit Baby Shower Gen der Reveal Party Birthday Decor Ba lloon Garland
8.08 GBP
Buy It Now
Free shipping

Moon Dream Catchers Handmade Feathers Dream Catchers LED Ligh t Hanging Deco
6.68 GBP
Buy It Now
Free shipping

3D Unicorn Classic Double Bell Alar m Clock Night Light Kids Alarm Cloc k Gift
8.48 GBP
Buy It Now
Free shipping

Montessori Educational Threading T oys Children Figureheads Wooden Stringing Toys
11.26 GBP
Buy It Now
Free shipping

**Business seller information**

shenzhen xinyoxiangguo Keji Co Ltd
有限公
BaoanXiconeqJiedaoBaoyuanLu
HuayuanshqiZhuangZongYun Douc
100 shenzhen
China
Value Added Tax Number: GB 280990980 ▾
I provide invoices with VAT separately displayed.

Email: yiyou0@qq.com

**Return policy**

| After receiving the item, contact seller within | Return shipping |
|---|---|
| 30 days | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

**yiyou0618**

100% Positive Feedback
8.4K items sold

Visit store

Contact

Save seller

Following image took on: June 12, 2023 at 2:39 PM UTC



Following image took on: June 12, 2023 at 2:40 PM UTC



Following image took on: June 12, 2023 at 2:40 PM UTC



Following image took on: June 12, 2023 at 2:43 PM UTC



Following image took on: June 12, 2023 at 2:43 PM UTC



Following image took on: June 12, 2023 at 2:42 PM UTC



# 27. BookishlyUK



Previous image took on: June 28, 2023 at 1:36 PM UTC

**Product Page**

https://www.etsy.com/listing/696336883/sherlock-holmes-221b-baker-street

**Product ID**

696336883

**Seller Name**

BookishlyUK

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: June 28, 2023 at 1:36 PM UTC



Following image took on: June 28, 2023 at 1:36 PM UTC



Following image took on: June 28, 2023 at 1:36 PM UTC



Following image took on: June 28, 2023 at 1:37 PM UTC



Following image took on: June 28, 2023 at 1:38 PM UTC



Following image took on: June 28, 2023 at 1:40 PM UTC

# 28. CloakroomDesign



Previous image took on: January 5, 2023 at 1:04 PM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.etsy.com/listing/1263692733 | Etsy |
| **Product ID** | **Brand** |
| 1263692733 | Sherlock Holmes |
| **Seller Name** | |
| CloakroomDesign | |

Following image took on: January 5, 2023 at 1:04 PM UTC



Following image took on: January 5, 2023 at 1:04 PM UTC



Following image took on: January 5, 2023 at 1:04 PM UTC

Following image took on: January 5, 2023 at 8:53 PM UTC



Following image took on: January 5, 2023 at 1:04 PM UTC



Following image took on: January 5, 2023 at 1:05 PM UTC



Following image took on: January 5, 2023 at 1:05 PM UTC



Following image took on: January 5, 2023 at 1:06 PM UTC



Following image took on: January 5, 2023 at 2:45 PM UTC

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

| Order summary | |
|---|---|
| Item(s) total | $18.87 |
| Shop discount | -$3.78 |
| Subtotal | $15.09 |
| Shipping | $10.07 |
| Sales tax * | $2.58 |
| Order total (1 item) | $27.74 |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

**CloakroomDesign**
Estimated delivery: Jan 12-24
Ships from United Kingdom

Funny Sherlock Holmes T-Shirt I Am
Sherlocked Gif, sherlock homes,
unisex
Size: Adult Medium Unisex

1

$15.09
$18.87
Sale: 20% off

# 29. CoatofArmsHouse



Previous image took on: January 5, 2023 at 1:07 PM UTC

**Product Page**

https://www.etsy.com/listing/1228772238

**Product ID**

1228772238

**Seller Name**

CoatofArmsHouse

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 6:54 PM UTC



Following image took on: January 5, 2023 at 1:07 PM UTC



Following image took on: January 5, 2023 at 1:07 PM UTC



Following image took on: January 5, 2023 at 1:08 PM UTC



Following image took on: January 5, 2023 at 1:08 PM UTC



Following image took on: January 5, 2023 at 1:07 PM UTC



Following image took on: January 5, 2023 at 1:07 PM UTC



Following image took on: January 5, 2023 at 1:08 PM UTC



Following image took on: January 5, 2023 at 1:09 PM UTC



Following image took on: January 5, 2023 at 2:47 PM UTC



# 30. CoupleKnittedHat



Previous image took on: June 28, 2023 at 1:43 PM UTC

**Product Page**

https://www.etsy.com/listing/1451098648/sherlock-holmes-the-same-deer-hats

**Product ID**

1451098648

**Seller Name**

CoupleKnittedHat

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: June 28, 2023 at 1:43 PM UTC



Following image took on: June 28, 2023 at 1:43 PM UTC

**Other reviews from this shop | ★★★★½ (262)**

Sort by: Suggested ▾

★★★★★
Elementary my dear Watson! Capitol Hat I say!
Purchased item: Sherlock Holmes, the same deer hats, detective hat men and w...
Kelly Hassler    Jun 25, 2023
Helpful?

★★★★★
The quality of my Sherlock Holmes is remarkable! No surprises when you order because what you see is what you get. The craftmanship is unlike any other. You will be happy with this hat or any other hat you purchase. Thank you very much!!!
Purchased item: Sherlock Holmes, the same deer hats, detective hat men and w...
Cheryl Lovell    Jun 10, 2023
Helpful?

★☆☆☆☆
The "fruit" beret doesn't resemble the image they used in the listing and is visibly lazily made. It's not worth it. Save your money as they won't refund or do a partial refund.
Purchased item: Handmade Fruit Beret, Spring Summer Fall Beret for Women Gi...
Joanne    May 20, 2023
Helpful?

★★★☆☆
This is beautifully made, but I do not like the black trim that holds the beret on the head, the model in the picture has

Item quality ━━━━━━━━━ 5.0
Shipping ━━━━━━━━━ 5.0

**Highlights**    ⌃
🖐 Handmade

**Description**    ⌃

Hi! welcome to our shop!

Size 52-55cm

For international parcels, the transportation time is 15-35 days. According to the scheduled flight, the arrival time of different countries is different.

Many thank you in your heart!

Please do not forget to provide your contact telephone number or phone number for the courier
Shipping time:
Normal delivery takes 10 to 20 working days (if there are holidays, it may be longer.
Express takes about 5 to 10 days

If you have any questions or other information, please send us a message.

Color: as shown in the figure
Less

**Shipping and return policies**    ⌃
Estimated arrival
Jun 30-Jul 19

Following image took on: June 28, 2023 at 1:44 PM UTC



Following image took on: June 28, 2023 at 1:44 PM UTC



Following image took on: June 28, 2023 at 1:45 PM UTC

Etsy   🔒 Secure checkout     PayPal ———— Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cynl smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $13.26 |
| Shipping | $9.31 |
| Sales tax * | $2.31 |
| **Order total (1 item)** | **$24.88** |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

CoupleKnittedHat
Estimated delivery: Jun 30–Jul 19
Ships from Hong Kong

Sherlock Holmes, the same deer hats, detective...    1   $13.26
Color: Khaki

☐ **This order is a gift**
Prices will not be shown on packing slip

🏷 Apply shop coupon codes

Add an optional note to the seller

# 31. DogLoveHK



Previous image took on: January 5, 2023 at 9:45 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1288379093 | Etsy |
| **Product ID** | **Brand** |
| 1288379093 | Sherlock Holmes |
| **Seller Name** | |
| DogLoveHK | |

Following image took on: January 5, 2023 at 9:46 AM UTC



Following image took on: January 5, 2023 at 9:46 AM UTC



Following image took on: January 5, 2023 at 6:50 PM UTC

## 5 shop reviews ★★★★★

Sort by: Suggested ▾

★★★★★
Purchased item: Christmas bow pet costume/dog hat/French b...

🟢 nlh6277   28 Dec, 2022

👍 Helpful?

★★★★★
Purchased item: Christmas gingerbread man pet costume/dog hat/French bull...

Melissa Pryor   28 Dec, 2022

👍 Helpful?

★★★★★
Purchased item: French bulldog Christmas clothes/dog winter clothes thickene...

Caroline W   17 Dec, 2022

👍 Helpful?

←  1  2  →

### Photos from reviews

○ Handmade

### Description                    ⌃

About Products:
Product name: dog private detective clothing
color: grey
Suitable season: autumn

About size: see picture for details

About unit conversion:
Friends who have unit conversion needs, you can click the link below to convert
https://www.unitconverters.net/length/yards-to-meters.htm

Regarding returns:
If there is no quality problem, the product will not be returned

About customer service:
Customer service is online 6 hours a day. Please be patient if you are unable to respond to your message in a timely manner. We will respond to your message within 12 hours at the latest.

About after-sales:
Any problems will be solved 100% properly (such as logistics problems, product dissatisfaction), we have corresponding solutions until you are satisfied.

Less

Following image took on: January 5, 2023 at 9:45 AM UTC



Following image took on: January 5, 2023 at 9:46 AM UTC



Following image took on: January 5, 2023 at 9:46 AM UTC



Following image took on: January 5, 2023 at 9:47 AM UTC



Following image took on: January 5, 2023 at 2:50 PM UTC

**Etsy**  🔒 Secure checkout

○ PayPal ─── ● Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**

jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

PayPal

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $81.71 |
| Shop discount | -$12.26 |
| Subtotal | $69.45 |
| Shipping | FREE |
| Sales tax * | $7.12 |
| **Order total (1 item)** | **$76.57** |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

**DogLoveHK**
Estimated delivery: Jan 27-Feb 1
Ready to ship in 5-7 business days from Hong Kong

Dog detective outfit, dog Sherlock
Holmes cape, dog woolen coat,
small and medium dog clothes
Size: M

1 ▾

$69.45
$81.71

Sale: 15% off

# 32. FilmyFancy



Previous image took on: January 3, 2023 at 12:57 PM UTC

**Product Page**

https://www.etsy.com/listing/1332116214

**Product ID**

1332116214

**Seller Name**

FilmyFancy

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: January 3, 2023 at 12:57 PM UTC

Following image took on: January 3, 2023 at 12:57 PM UTC



Following image took on: January 3, 2023 at 12:58 PM UTC



Following image took on: January 3, 2023 at 12:58 PM UTC



Following image took on: January 3, 2023 at 12:58 PM UTC



Following image took on: January 3, 2023 at 12:59 PM UTC



Following image took on: January 5, 2023 at 2:55 PM UTC

Following image took on: July 31, 2023 at 6:57 AM UTC

# FILMY FANCY LTD

Company number **13131914**

Follow this company   File for this company

Overview | Filing history | People | More

Registered office address
**Basement Office, 491 Commercial Road, London, England, E1 0HA**

Company status
**Active**

Company type
**Private limited Company**

Incorporated on
**13 January 2021**

## Accounts

Next accounts made up to **31 January 2023**
due by **31 October 2023**

Last accounts made up to **31 January 2022**

## Confirmation statement

Next statement date **12 January 2024**
due by **26 January 2024**

Last statement dated **12 January 2023**

## Nature of business (SIC)

47910 - Retail sale via mail order houses or via Internet

Following image took on: July 31, 2023 at 6:57 AM UTC

# FILMY FANCY LTD

Company number **13131914**

Follow this company File for this company

| Overview | Filing history | People | More |

Officers     Persons with significant control

## Filter officers

☐ Current officers

## 2 officers / 1 resignation

### ALAM, Md Shah

Correspondence address

**Basement Office, 491 Commercial Road, London, England, E1 0HA**

| Role **ACTIVE** | Date of birth | Appointed on |
|---|---|---|
| **Director** | **October 1987** | **13 January 2021** |

| Nationality | Country of residence | Occupation |
|---|---|---|
| **British** | **England** | **Business Person** |

Following image took on: July 31, 2023 at 6:57 AM UTC



# 33. HandMadeStore20



Previous image took on: January 5, 2023 at 1:39 PM UTC

**Product Page**

https://www.etsy.com/listing/1255483330

**Product ID**

1255483330

**Seller Name**

HandMadeStore20

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 1:39 PM UTC



Following image took on: January 5, 2023 at 1:39 PM UTC



Following image took on: January 5, 2023 at 1:39 PM UTC



Following image took on: January 5, 2023 at 1:40 PM UTC



Following image took on: January 5, 2023 at 1:40 PM UTC



Following image took on: January 5, 2023 at 1:41 PM UTC



Following image took on: January 5, 2023 at 2:56 PM UTC

### Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $16.36 |
| Shipping | $12.58 |
| Sales tax * | $2.97 |
| Order total (1 item) | $31.91 |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

**HandMadeStore20**
Ships from United Kingdom

1920s Men Fancy Dress Costume Set,Sherlock Holmes Detective Accessories with Hat Great Set Gift Peaky Blinders stag Party Halloween

$16.36

☐ This order is a gift
Prices will not be shown on packing slip

⟲ Apply shop coupon codes

**Choose a shipping method**

◉ Standard Shipping       $12.58
Estimated delivery: Jan 12-21

○ Express                 $37.75
Estimated delivery: Jan 12-21

# 34. iHATSLondon



Previous image took on: January 5, 2023 at 1:53 PM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1317925703 | Etsy |

| Product ID | Brand |
|---|---|
| 1317925703 | Sherlock Holmes |

| Seller Name |
|---|
| iHATSLondon |

Following image took on: January 5, 2023 at 6:45 PM UTC



Following image took on: January 5, 2023 at 1:54 PM UTC



Following image took on: January 5, 2023 at 1:54 PM UTC



Following image took on: January 5, 2023 at 1:54 PM UTC

Following image took on: January 5, 2023 at 1:54 PM UTC



Following image took on: January 5, 2023 at 1:55 PM UTC



Following image took on: January 5, 2023 at 2:59 PM UTC

**Etsy**  🔒 Secure checkout

PayPal — Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**
PayPal

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $37.71 |
| Shipping | FREE |
| Sales tax * | $3.87 |
| **Order total (1 item)** | **$41.58** |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

**iHATSLondon**
Estimated delivery: Jan 12-23
Ships from United Kingdom

Wool Felt Deerstalker Hat
Herringbone Tweed Sherlock
Holmes Cap many Colour and Sizes
Color: Style-1
Size: S/M

1  ▾        $37.71

☐ This order is a gift
Prices will not be shown on packing slip

↻ Apply shop coupon codes

# 35. JewelryCustomizaShop



Previous image took on: January 5, 2023 at 2:00 PM UTC

**Product Page**

https://www.etsy.com/listing/1304201248

**Product ID**

1304201248

**Seller Name**

JewelryCustomizaShop

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 8:59 PM UTC



Following image took on: January 5, 2023 at 2:01 PM UTC



Following image took on: January 5, 2023 at 2:01 PM UTC



Following image took on: January 5, 2023 at 2:02 PM UTC



Following image took on: January 5, 2023 at 2:02 PM UTC



Following image took on: January 5, 2023 at 2:03 PM UTC



Following image took on: January 5, 2023 at 4:05 PM UTC



# 36. mefficesofalice



Previous image took on: January 5, 2023 at 2:05 PM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1357537018 | Etsy |

| Product ID | Brand |
|---|---|
| 1357537018 | Sherlock Holmes |

| Seller Name | |
|---|---|
| mefficesofalice | |

Following image took on: January 5, 2023 at 2:05 PM UTC



Following image took on: January 5, 2023 at 2:05 PM UTC



Following image took on: January 5, 2023 at 2:05 PM UTC

Following image took on: January 5, 2023 at 2:05 PM UTC



Following image took on: January 5, 2023 at 2:06 PM UTC



Following image took on: January 5, 2023 at 2:06 PM UTC



Following image took on: January 5, 2023 at 2:06 PM UTC



Following image took on: January 5, 2023 at 2:07 PM UTC



Following image took on: January 5, 2023 at 4:07 PM UTC



# 37. mementosfashion



Previous image took on: June 28, 2023 at 1:47 PM UTC

**Product Page**

https://www.etsy.com/listing/726815359/benedict-cumberbatch-sherlock-holmes-off

**Product ID**

726815359

**Seller Name**

mementosfashion

**Marketplace**

Etsy

**Brand**

Sherlock Holmes

Following image took on: June 28, 2023 at 1:47 PM UTC



Following image took on: June 28, 2023 at 1:47 PM UTC



Following image took on: June 28, 2023 at 1:47 PM UTC



Following image took on: June 28, 2023 at 1:47 PM UTC

Following image took on: June 28, 2023 at 1:48 PM UTC



Following image took on: June 28, 2023 at 1:48 PM UTC



Following image took on: June 28, 2023 at 1:51 PM UTC

Etsy    🔒 Secure checkout

PayPal      Review

# Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cynl smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $49.00 |
| Shipping | FREE |
| Sales tax * | $5.02 |
| Order total (1 item) | $54.02 |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

mementosfashion
Estimated delivery: Aug 3-23
Made just for you in 1-2 weeks from Hong Kong

Benedict Cumberbatch Sherlock Holmes Off Sh...
Women's clothing size: M US women's letter
Personalization: 1 312-985-1035

Quantity: 1      $49.00

☐ **This order is a gift**
Prices will not be shown on packing slip

✂ Apply shop coupon codes

Add an optional note to the seller

# 38. RizLeather



Previous image took on: January 5, 2023 at 1:31 PM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1319923962 | Etsy |
| **Product ID** | **Brand** |
| 1319923962 | Sherlock Holmes |
| **Seller Name** | |
| RizLeather | |

Following image took on: January 5, 2023 at 1:32 PM UTC



Following image took on: January 5, 2023 at 1:32 PM UTC



Following image took on: January 5, 2023 at 1:31 PM UTC

Following image took on: January 5, 2023 at 1:32 PM UTC



Following image took on: January 5, 2023 at 1:32 PM UTC

Following image took on: January 5, 2023 at 1:33 PM UTC



Following image took on: January 5, 2023 at 1:33 PM UTC



Following image took on: January 5, 2023 at 4:11 PM UTC

Etsy   🔒 Secure checkout

PayPal     Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States
Change

**Payment method**
PayPal
Change

**Order summary**

| | |
|---|---|
| Item(s) total | $123.70 |
| Shipping | $11.60 |
| Sales tax * | $13.87 |
| Order total (1 item) | $149.17 |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

RIZ LEATHER   **RizLeather**
Estimated delivery: Jan 19-26
Made just for you in 6-10 business days from Canada

Men's Sherlock_Holmes Long Wool
Cape Cashmere Wool Coat |
Handmade Wool Full Length Coat
For Men
Men's chest size: M US letter
Personalization: 1

1 ▾     $123.70

☐ This order is a gift
Prices will not be shown on packing slip

# 39. RoundCubeStudio



Previous image took on: January 4, 2023 at 8:03 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1200418604 | Etsy |

| Product ID | Brand |
|---|---|
| 1200418604 | Sherlock Holmes |

| Seller Name |
|---|
| RoundCubeStudio |

Following image took on: January 4, 2023 at 8:04 AM UTC



Following image took on: January 4, 2023 at 8:04 AM UTC



Following image took on: January 4, 2023 at 8:04 AM UTC



Following image took on: January 4, 2023 at 8:04 AM UTC



Following image took on: January 4, 2023 at 8:04 AM UTC



Following image took on: January 4, 2023 at 8:03 AM UTC



Following image took on: January 4, 2023 at 8:03 AM UTC

Following image took on: January 4, 2023 at 8:03 AM UTC



Following image took on: January 4, 2023 at 8:05 AM UTC



Following image took on: January 4, 2023 at 8:05 AM UTC



Following image took on: January 5, 2023 at 4:16 PM UTC

# 40. TheExpressHatCompany



Previous image took on: January 4, 2023 at 7:37 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1159669784 | Etsy |
| Product ID | Brand |
| 1159669784 | Sherlock Holmes |
| Seller Name | |
| TheExpressHatCompany | |

Following image took on: January 4, 2023 at 7:37 AM UTC



Following image took on: January 4, 2023 at 7:37 AM UTC



Following image took on: January 4, 2023 at 7:37 AM UTC



Following image took on: January 4, 2023 at 7:38 AM UTC



Following image took on: January 4, 2023 at 7:38 AM UTC



Following image took on: January 4, 2023 at 7:38 AM UTC



Following image took on: January 4, 2023 at 7:39 AM UTC



Following image took on: January 5, 2023 at 4:25 PM UTC

Etsy   🔒 Secure checkout     ✓ PayPal  ———  ⬤ Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cynil smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $20.07 |
| Shipping | $6.23 |
| Sales tax * | $2.69 |
| **Order total (1 item)** | **$28.99** |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

**TheExpressHatCompany**
Estimated delivery: Jan 12-21
Ships from United Kingdom

Hawkins Woolmix Tweed Deerstalker
Sherlocke Holmes Hat - FAST
DELIVERY 48-72 hours
Size: 58cm small/medium

1 ▾    $20.07

☐ This order is a gift
Prices will not be shown on packing slip

Add an optional note to the seller

# 41. WishLifeStore



Previous image took on: January 4, 2023 at 7:50 AM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.etsy.com/listing/1350463317 | Etsy |
| **Product ID** | **Brand** |
| 1350463317 | Sherlock Holmes |
| **Seller Name** | |
| WishLifeStore | |

Following image took on: January 4, 2023 at 7:50 AM UTC



Following image took on: January 4, 2023 at 7:51 AM UTC



Following image took on: January 4, 2023 at 7:51 AM UTC



Following image took on: January 4, 2023 at 7:51 AM UTC



Following image took on: January 4, 2023 at 7:50 AM UTC

Following image took on: January 4, 2023 at 7:51 AM UTC



Following image took on: January 4, 2023 at 7:52 AM UTC



Following image took on: January 5, 2023 at 4:31 PM UTC

Etsy  🔒 Secure checkout

PayPal — Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

Change

**Order summary**

| | |
|---|---|
| Item(s) total | $39.55 |
| Shop discount | -$3.96 |
| Subtotal | $35.59 |
| Shipping | $7.06 |
| Sales tax * | $4.37 |
| Order total (1 item) | $47.02 |

\* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of
Use and Privacy Policy

**WishLifeStore**
Estimated delivery: Jan 10-23
Ships from Turkey

Sherlock Holmes - Classic Unisex
Pullover Hoodie
Color: Black
Size: M

1 ▾    $35.59
       $39.55
Sale: 10% off

# 42. ZaizisamStore



Previous image took on: January 4, 2023 at 7:53 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.etsy.com/listing/1285988032 | Etsy |

| Product ID | Brand |
|---|---|
| 1285988032 | Sherlock Holmes |

| Seller Name | |
|---|---|
| ZaizisamStore | |

Following image took on: January 4, 2023 at 7:54 AM UTC

Following image took on: January 4, 2023 at 7:53 AM UTC



Following image took on: January 4, 2023 at 7:54 AM UTC



Following image took on: January 4, 2023 at 7:54 AM UTC



Following image took on: January 4, 2023 at 7:55 AM UTC



Following image took on: January 5, 2023 at 4:34 PM UTC

Etsy

PayPal     Review

## Double check your order details

Almost done! Please click "Place your order to Chicago" to complete your purchase.

**Shipping address**
jack cyril smith
4617 S Emerald Ave
CHICAGO, IL 60609-4413
United States

Change

**Payment method**

| Order summary | |
| --- | --- |
| Item(s) total | $27.99 |
| Shipping | $5.50 |
| Sales tax * | $3.43 |
| **Order total (1 item)** | **$36.92** |

* Additional duties and taxes may apply

**Place your order to Chicago**

🔒 Sellers never see your card information.

By clicking Place your order to Chicago, you agree to Etsy's Terms of Use and Privacy Policy.

ZaizisamStore
Made just for you in 1-3 business days from China

Detective Dog Costume, Sherlock
Holmes Dog Clothes for Small Dogs,
Plaid Cloak Pet Cape, Deerstalker
Hat, Cat Fall Winter Clothes, Gifts
Size: M

[ 1 ▾ ]

$27.99   **Choose a shipping method**

| | | |
| --- | --- | --- |
| ● Standard Shipping | | $5.50 |
| Estimated delivery: Jan 23-31 | | |
| ○ Economy | | $14.50 |
| Estimated delivery: Jan 17-25 | | |
| ○ Express | | $31.50 |
| Estimated delivery: Jan 12-16 | | |

☐ This order is a gift
Prices will not be shown on packing slip

⟲ Apply shop coupon codes

# 43. Costume King



Previous image took on: June 21, 2023 at 7:43 AM UTC

Product Page

https://www.fruugo.us/english-detective-sherlock-holmes-private-inspector-tv-movie-adult-mens-costume/p-94878899-199030435

Product ID

94878899-199030435

Seller Name

Costume King

Marketplace

fruugo

Brand

Sherlock Holmes

Following image took on: June 21, 2023 at 7:45 AM UTC



Following image took on: June 21, 2023 at 7:43 AM UTC

Following image took on: June 21, 2023 at 7:47 AM UTC



Following image took on: June 21, 2023 at 7:46 AM UTC



Following image took on: June 21, 2023 at 7:47 AM UTC



Following image took on: June 21, 2023 at 7:48 AM UTC

**How do you want to checkout today?**

Secure email checkout: rileyhorn544@gmail.com

**Enter your delivery and contact details**

**Name:** Riley Horsun
**Address:** 3000 River Road, Unit 126 River Grove, IL 60171
United States
**Email:** rileyhorn544@gmail.com
**Phone:** 00000000000

**Select your preferred payment method**

PayPal

You will be redirected to PayPal to complete your order securely.

**Review your order & select shipping options**

Check all your items and shipping details are correct before confirming your order.

English Detective Sherlock Holmes Private Inspector TV Movie Adult Mens Costume
$49.00   Qty : 1

Choose a delivery option:
- Australia Post - Standard - $38.99
- DHL - Express - $58.49

**Pay with PayPal**

Order total $79.99
By proceeding you agree to the Fruugo terms of use & Privacy Policy

**Your Order Summary**

| | |
|---|---|
| Basket total | $49.00 |
| Delivery | $30.99 |
| Sales tax | $0.00 |
| Order total | $79.99 |

**SECURE PAYMENT OPTIONS**

PayPal VISA mastercard
Norton

# 44. Lincoln Hart



Previous image took on: January 3, 2023 at 10:10 AM UTC

**Product Page**

https://www.fruugo.us/sherlock-holmes-minimal-mens-vest/p-24858934

**Product ID**

24858934-53973831

**Seller Name**

Lincoln Hart

**Marketplace**

fruugo

**Brand**

Sherlock Holmes

Following image took on: January 3, 2023 at 10:11 AM UTC



Following image took on: January 3, 2023 at 10:11 AM UTC



Following image took on: January 3, 2023 at 10:11 AM UTC



Following image took on: January 3, 2023 at 10:11 AM UTC

Following image took on: January 3, 2023 at 10:12 AM UTC



Following image took on: January 3, 2023 at 10:12 AM UTC



Following image took on: January 3, 2023 at 10:12 AM UTC



Following image took on: January 3, 2023 at 10:13 AM UTC

Following image took on: January 3, 2023 at 10:15 AM UTC



Following image took on: January 3, 2023 at 10:17 AM UTC

Following image took on: January 3, 2023 at 10:20 AM UTC



Ref: Order 65621499

Best Selling | Top Brands | Help | My Account | Sale | Search

# Thank You for your order!

Hi riley andrew,

Thank You for shopping with us at Fruugo, your order number is 65621499.

This e-mail is to acknowledge receipt by us of your order.

As Fruugo is an online marketplace your order has now been passed to the retailer supplying your order for processing. We will let you know once the retailer confirms your order, and again once it has been dispatched and is on its way to you.

Fruugo is the platform provider and commercial agent for its retailers. If you have ordered items from several retailers you will receive separate updates for each individual retailer.

Our retailers are working hard to dispatch and deliver goods as normal. Due to the unprecedented nature of the Coronavirus situation, we thank you for your understanding and patience where there are instances of order delays and please rest assured your order will be with you as soon as possible.

## Shipping to

riley andrew harrison
3000 River Rd
unit 126
60171-1009 River Grove
IL
USA

## Shipment 1

Items from **Lincoln Hart**



### Sherlock Holmes Minimal Men's Vest

1 × **$19.92**

Colour: Black

Size: Small

---

## Transaction ID

17692204

## Payment method

Payment Cards

## Order summary

| | |
|---|---|
| Item subtotal | $17.95 |
| Shipping | $6.49 |
| Total excl. VAT | $24.44 |
| VAT | $2.68 |
| **Total** | **$27.12** |

---

Following image took on: January 3, 2023 at 7:23 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC

Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



CUST

May be opened officially
Customs documents to be validated for export: Yes
Sender's Instructions in case of non-delivery

RETURN TO SENDER

**Category of Items:** Sale of Goods

| Description of content | Qty | Net Kg | Value | HS Tariff No | Country of Manufacture |
|---|---|---|---|---|---|
| | | | | Commercial items only | |
| Vest | 1 | 0.13 | 5.00 | 6109100090 | GB |

| | | | | |
|---|---|---|---|---|
| Postage Fee | 0.00 GBP | | Total Gross Weight | 0.130 Kg(s) |
| License | False | | Total Value | 5.00 GBP |
| Certificate | | | Comments | |
| Invoice | 8924-6792-0007-0963 | | | |

Office & Date of Posting

I certify that the particulars given in this customs declaration are correct and this item does not contain any dangerous articles prohibited by legislation or by postal or customs regulations.

**Date and sender's name:**

06/01/2023    Instajunction

03/05/2023  16:49

Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



Following image took on: March 5, 2023 at 10:01 PM UTC



# 45. chinaglobalmall



Previous image took on: June 16, 2023 at 1:02 PM UTC

**Product Page**

https://www.chinaglobalmall.com/products/6041
91676883

**Product ID**

604191676883

**Seller Name**

chinaglobalmall

**Marketplace**

Independent seller

**Brand**

Sherlock Holmes

Following image took on: June 16, 2023 at 1:03 PM UTC

Following image took on: June 16, 2023 at 1:03 PM UTC



Following image took on: June 16, 2023 at 1:03 PM UTC

Following image took on: June 16, 2023 at 1:04 PM UTC



Following image took on: June 16, 2023 at 1:07 PM UTC



Following image took on: June 16, 2023 at 1:08 PM UTC



Following image took on: June 16, 2023 at 1:11 PM UTC

Following image took on: June 16, 2023 at 1:14 PM UTC



Following image took on: June 16, 2023 at 1:19 PM UTC

Following image took on: June 16, 2023 at 1:21 PM UTC



**ChinaGlobalMall** <sales@chinaglobalmall.com>
to me ▾



**Your order has been placed!**

We are now reviewing the total weight of the order to calculate the shipping cost, or if there are any shipping restrictions to deliver the package to your address. **You will receive the final quote to making a payment within the next 1- 8 business hours via E-mail!**

When you received the quote you can choose to pay and receive your order, or, choose not to continue the order without any cost.

To view your order click on the link below:

https://www.chinaglobalmall.com/index.php?route=account/order/info&order_id=72943

| Order Details | |
|---|---|
| **Order ID:** 72943<br>**Date Added:** 16/06/2023<br>**Payment Method:** Pay Later | **E-mail:** kirkbeadstead@gmail.com<br>**Telephone:**<br>**IP Address:** 172.70.110.145<br>**Order Status:** Preparing Quote |

| Payment Address | Shipping Address |
|---|---|
| Kirk EB Beadstead<br>3000 River Road<br>Unit 126<br>River Grove, Illinois 60171<br>United States | Kirk EB Beadstead<br>3000 River Road<br>Unit 126<br>River Grove, Illinois 60171<br>United States |

| Product | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Halloween costume cosplay children adult Sherlock Holmes costume detective detective show out service<br>- Size: L Code [135-145CM] U..<br>- Sort By Color: Children's | 604191676883 | 1 | US$27.12 | US$27.12 |
| | | | **Sub-Total:** | US$27.12 |
| | | | **Total:** | US$27.12 |

Following image took on: June 17, 2023 at 7:26 AM UTC



**CANCEL ORDER**

**Order ID: #72943**
**Date Added: 16/06/2023**

## SHIPPING ADDRESS

Kirk EB Beadstead
3000 River Road
Unit 126
River Grove, Illinois 60171
United States

## PAYMENT ADDRESS

Kirk EB Beadstead
3000 River Road
Unit 126
River Grove, Illinois 60171
United States

| Product Name | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Halloween costume cosplay children adult Sherlock Holmes costume detective detective show out service<br>- Size: L Code [135-145CM] Unisex, Unisex<br>- Sort By Color: Children's | 604191676883 | 1 | US$27.12 | US$27.12 |
| | | | Sub-Total | US$27.12 |
| | | Fast Shipping - 10 to 15 Working Days | | US$29.34 |
| | | | Total | US$56.46 |

## PAYMENT METHOD

🔘 PayPal Invoice

⭕ Credit / Debit Card (Stripe)

⭕ Bitcoin (Payssion)

⭕ Bank Transfer

# Payment information

Invoice will be issued to given email address. If you email address is different, please, update it in the field below.

Your PayPal email: *   kirkbeadstead@gmail.com

**Explain and Send Screenshots**
https://www.chinaglobalmall.com/index.php?route=extension/payment/collect&order_id=72943&key=4ba378e6bb599feedfc4a35ffee5c3ac   CONFIRM ORDER

Following image took on: June 17, 2023 at 7:26 AM UTC

## Invoice from ChinaGlobalMall

⬇ Download PDF

**ChinaGlobalMall**
ZH
P.R. CHINA
www.chinamall.com

Invoice no 2601
Issued : 17 Jun 2023

# $56.46
⚠ DUE

✉ biyuanf@gmail.com

**Bill to**
Kirk EB Beadstead
3000 River Road
Unit 126
River Grove, IL 60171
UNITED STATES
kirkbeadstead@gmail.com

**Send to**
Kirk EB Beadstead

### Items

| | |
|---|---|
| CGM Order #72943 | $27.12 |
| 1 x$27.12 | |

| | |
|---|---|
| Subtotal | $27.12 |
| Shipping | $29.34 |
| **Total** | **$56.46** |

Explain and Send Screenshots
https://www.paypal.com/invoice/p/#NY2-RDU6-CU6G-27RM-J73S

**Amount due:** $56.46

**Select funding source:**

**PayPal**

P Pay Later

Debit or Credit Card

*Powered by* **PayPal**

You understand that your data is
subject to the PayPal Privacy
Statement.

**Don't recognise this invoice?**
🛈 **Report this invoice**

If you don't recognise this invoice, report
it. PayPal would never use an invoice or a
money request to ask you for your account
credentials.

---

Following image took on: June 17, 2023 at 7:26 AM UTC

## Invoice from ChinaGlobalMall

⬇ Download PDF

**ChinaGlobalMall**
ZH
P.R. CHINA
www.chinamall.com

Invoice no 2601
Issued : 17 Jun 2023

# $56.46
✅ PAID

✉ biyuanf@gmail.com

**Bill to**
Kirk EB Beadstead
3000 River Road
Unit 126
River Grove, IL 60171
UNITED STATES
kirkbeadstead@gmail.com

**Send to**
Kirk EB Beadstead

### Items

| | |
|---|---|
| CGM Order #72943 | $27.12 |
| 1 x$27.12 | |

| | |
|---|---|
| Subtotal | $27.12 |
| Shipping | $29.34 |
| **Total** | **$56.46** |

Explain and Send Screenshots
https://www.paypal.com/invoice/p/#NY2-RDU6-CU6G-27RM-J73S

Powered by 💙 **PayPal**

Last updated on **17 June 2023 at
08:25:27 BST**

**Amount due:** $0.00

Original invoice
total | $56.46

Total amount paid | $56.46

**Payment activity**

Payment –
17/06/2023 | $56.46

**Don't recognise this invoice?**
🛈 **Report this invoice**

If you don't recognise this invoice, report
it. PayPal would never use an invoice or a
money request to ask you for your account
credentials.

Following image took on: June 17, 2023 at 7:34 AM UTC

Hi Kirk Beadstead,



# You just sent a $56.46 USD payment

Thanks for using PayPal. It may take a few minutes for this transaction to appear in your account.

**View your invoice**

| Transaction ID | Transaction date |
|---|---|
| 07W353061E594721C | 17 June 2023 |
| Invoice number | 2601 |

## Payment from
Kirk Beadstead
kirkbeadstead@gmail.com

## Payment to
ChinaGlobalMall
biyuanf@gmail.com

## Shipping address
Kirk Beadstead
4617 South Emerald Avenue
Chicago, IL 60609
United States

| | |
|---|---|
| 1.0 X CGM Order #72943 | **$27.12 USD** |
| $27.12 USD | |

| | |
|---|---|
| Subtotal | $27.12 USD |