

Following image took on: June 26, 2023 at 1:23 PM UTC



Following image took on: June 16, 2023 at 1:09 PM UTC



Following image took on: June 26, 2023 at 1:27 PM UTC

## Order Information

### Order Packages

| ID | SHIPPING NUMBER | STATUS | DATE CREATED | FREIGHT | |
| --- | --- | --- | --- | --- | --- |
| #6956 | YT2317621272126581 | Shipped Received? | 25/06/2023 | US$29.34 | |

#### ORDER DETAILS

Order ID: #72943 🖨
Date Added: 16/06/2023

Payment Method: PayPal Invoice
Shipping Method: Fast Shipping - 10 to 15 Working Days

| PAYMENT ADDRESS | SHIPPING ADDRESS |
| --- | --- |
| Kirk EB Beadstead<br>3000 River Road<br>Unit 126<br>River Grove, Illinois 60171<br>United States | Kirk EB Beadstead<br>3000 River Road<br>Unit 126<br>River Grove, Illinois 60171<br>United States |

| PRODUCT NAME | IMAGE | QUANTITY | PRICE | TOTAL | |
| --- | --- | --- | --- | --- | --- |
| Halloween costume cosplay children adult Sherlock H...<br>- Size: L Code [135-145CM] U...<br>- Sort By Color: Children's<br>- Status (ID:502269): Shipped ☑ | | 1 | US$27.12 | US$27.12 | |
| | | | Sub-Total | US$27.12 | |
| | | | Fast Shipping - 10 to 15 Working Days | US$29.34 | |
| | | | Total | US$56.46 | |

#### ORDER COMMENTS

Delivery Mon - Fri 9am - 5pm

### Order History

# 46. molartowneproductions



Previous image took on: June 7, 2023 at 8:44 AM UTC

**Product Page**

https://molartowneproduction.com/product/famous-sherlock-holmes-detective-silhouette-hat-pipe-book-t-shirt-1654777171/

**Product ID**

165477717

**Seller Name**

molartowneproductions

**Marketplace**

Independent seller

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 8:44 AM UTC



Following image took on: June 7, 2023 at 8:44 AM UTC



Following image took on: June 7, 2023 at 8:44 AM UTC



Following image took on: June 7, 2023 at 8:47 AM UTC



Following image took on: June 7, 2023 at 8:48 AM UTC

**MOLARTOWNEPRODUCTIONS**

🔒 SHOPPING CART › ✓ CHECKOUT DETAILS › ◯ ORDER COMPLETE

Have a coupon? Click here to enter your code

**BILLING DETAILS**

Email address *
robryharr1544@gmail.com

First name *
riley jones

Last name *
harrison

Country / Region *
United States (US)

Street address *
3000n river road river grove

Apartment, suite, unit, etc. (optional)
unit 126

Town / City *
chicago

State / County *
Illinois

Postcode / ZIP *
60171

Phone *
3129851035

☐ Ship to a different address?

Notes about your order, e.g. special notes for delivery.

**YOUR ORDER**

| PRODUCT | SUBTOTAL |
|---|---|
| Shirt -hp1854777169741-0 - - - × 1<br>SKU: 1971854777169741-0 | $15.95 |
| Subtotal | $15.95 |

Shipping
● Standard (5-10 business days): $4.99
○ 2 Day (2-3 business days): $19.99
○ Ground (3-5 business days): $9.99

| Total | $20.94 |

● PayPal *PayPal*
Pay via PayPal; you can pay with your credit card if you don't have a PayPal account.

○ Credit Card VISA 💳 💳 💳 💳

[ **PayPal** ]

[ **Pay Later** ]

[ 💳 Debit or Credit Card ]

Powered by **PayPal**

Your personal data will be used to process your order, support your experience throughout this website, and for other purposes described in our privacy policy.

WHY CHOOSE US?

---

Following image took on: June 7, 2023 at 8:49 AM UTC

**MOLARTOWNEPRODUCTIONS**

🔒 SHOPPING CART › ✓ CHECKOUT DETAILS › ✓ ORDER COMPLETE

## Order details

| PRODUCT | TOTAL |
|---|---|
| Shirt -hp1854777169741-0 - - - × 1<br>idea<br>hp1854777169741-0 | $15.95 |
| Subtotal: | $15.95 |
| Shipping: | $4.99 via Standard (5-10 business days) |
| Payment method: | PayPal |
| Total: | $20.94 |

Thank you. Your order has been received.

- Order number: 810537
- Date: **June 7, 2023**
- Total: **$20.94**
- Payment method: **PayPal**

Following image took on: June 7, 2023 at 8:51 AM UTC



Following image took on: June 7, 2023 at 8:51 AM UTC



Following image took on: July 24, 2023 at 8:50 AM UTC



Following image took on: July 24, 2023 at 8:50 AM UTC



Following image took on: July 24, 2023 at 8:50 AM UTC



SM     PayPal     **$20.94 USD**

**Send to Pete Dobbs**     Change
3000 River Rd, Unit 126, River Grove, IL 60171

Pay with

Elmo Oakley     $20.94
Credit ••••0822     USD

☐ Make this my preferred way to pay

+ Add debit or credit card

**Complete Purchase**

Cancel and return to Molartowneproduction Store

Following image took on: July 24, 2023 at 8:50 AM UTC

P    Home    Crypto    Send and Request    Wallet    **Activity**    Help      🔔 ⚙   LOG OUT

← **Summary**

**Diep Hung Thanh**        − $20.94 USD
24 July 2023 · Payment

**Paid with**

"Elmo Oakley"      $20.94 USD
Barclaycard Select
Cashback
(MasterCard Credit Card
x-0822)
You'll see
"PAYPAL
*DIEPHUNGTHA"
on your card
statement.

**Send to**

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171
United States

**Transaction ID**

3BM10400XT094315D

**Seller information**

Diep Hung Thanh

**Invoice ID**

WC-810828

**Purchase details**

Shirt- ltp1654777169741-0    $15.95 USD
- Men - Asphalt - S

Postage               $4.99 USD

**Total**               **$20.94 USD**

🖨 **Print details**

**Need help?**

If there's a problem, be sure to contact the seller through
PayPal by **20 January 2024**. You may be eligible for Buyer
Protection

⚠ **Report a problem**

Following image took on: July 24, 2023 at 8:51 AM UTC



# You paid $20.94 USD to Diep Hung Thanh

**View or Manage Payment**

**Transaction ID**
3BM10400XT094315D

**Transaction date**
24 July 2023

**Seller**
Diep Hung Thanh

**Delivery address**
Pete Dobbs
3000 River Rd
Unit 126
River Grove
IL
60171
United States

| | |
|---|---|
| **Subtotal** | $15.95 USD |
| Postage and packaging | $4.99 USD |
| **Total** | $20.94 USD |
| **Payment** | $20.94 USD |

Charge will appear on your credit card statement as "PAYPAL *DIEPHUNGTHA"

**Paid Diep Hung Thanh with**

| | |
|---|---|
| Mastercard-0822 | $20.94 USD |

Following image took on: July 24, 2023 at 8:51 AM UTC

# Thank you for your order

Hi Pete,

Just to let you know — we've received your order #810828, and it is now being processed:

## [Order #810828] (July 24, 2023)

| Product | Quantity | Price |
|---|---|---|
| Shirt- ltp1654777169741-0 - Men - Asphalt - S<br><br>**sku:** ltp1654777169741-0<br>**style:** Men<br>**color:** Asphalt<br>**size:** S | 1 | $15.95 |
| **Subtotal:** | | $15.95 |
| **Shipping:** | | $4.99 via Standard (5-10 business days) |
| **Payment method:** | | PayPal |
| **Total:** | | $20.94 |

## Billing address

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171

## Shipping address

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171

3129851035
elmooakley@gmail.com

Following image took on: June 7, 2023 at 8:59 AM UTC

# You've sent a payment of $20.94 USD to Diep Hung Thanh (hungthanhclothing15021993@gmail.com)

**View or Manage Payment**

It may take a few moments for this transaction to appear in your account.

**Transaction ID**
6JA82752PW4272520

**Transaction date**
7 Jun 2023 09:49:20 BST

**Seller**
Diep Hung Thanh
hungthanhclothing15021993@gmail.com

**Instructions to seller**
You haven't entered any instructions.

**Invoice ID**
WC-810537

**Delivery address – confirmed**
riley james harrison
3000n river road river grove
unit 126
chicago
IL
60171
United States

**Delivery details**
The seller hasn't provided any delivery details yet.

| Description | Unit price | Qty | Amount |
| --- | --- | --- | --- |

| Shirt -ltp1654777169741-0 - - - | $15.95 USD | 1 | $15.95 USD |
|---|---|---|---|

| | Subtotal | $15.95 USD |
|---|---|---|
| | Postage and packaging | $4.99 USD |
| | **Total** | $20.94 USD |
| | **Payment** | $20.94 USD |

Charge will appear on your credit card statement as "PAYPAL *DIEPHUNGTHA"

Explain and Send Screenshots

Payment sent to hungthanhclothing15021993@gmail.com

https://mail.google.com/mail/u/1/#inbox/FMfcgzGsnBXdZmdRMcjNkkgrkwXsfgrN

Following image took on: June 7, 2023 at 8:54 AM UTC



Following image took on: June 7, 2023 at 8:55 AM UTC

Following image took on: June 7, 2023 at 8:56 AM UTC



Following image took on: June 7, 2023 at 8:56 AM UTC



Following image took on: June 7, 2023 at 8:57 AM UTC



# Thanks for shopping with us

Hi Pete,

We have finished processing your order.

## [Order #810828] (July 24, 2023)

| Product | Quantity | Price |
|---|---|---|
| Shirt- ltp1654777169741-0 - Men - Asphalt - S<br><br>**sku:** ltp1654777169741-0<br><br>**style:** Men<br><br>**color:** Asphalt<br><br>**size:** S | 1 | $15.95 |
| **Subtotal:** | | $15.95 |
| **Shipping:** | | $4.99 via Standard (5-10 business days) |
| **Payment method:** | | PayPal |
| **Total:** | | $20.94 |

## Billing address

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171
3129851035

## Shipping address

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171

elmooakley@gmail.com

Thanks for shopping with us.

Following image took on: July 26, 2023 at 8:09 AM UTC

# A note has been added to your order

Hi Pete,

The following note has been added to your order:

**Order has been shipped**
+ Carrier: UPS
+ Tracking Number: 927489030292216543488928805
+ Tracking URL: https://www.ups.com/track?loc=en_US&tracknum=927489030292216543488928805

As a reminder, here are your order details:

## [Order #810828] (July 24, 2023)

| Product | Quantity | Price |
|---|---|---|
| Shirt- ltp1654777169741-0 - Men - Asphalt - S <br><br> sku: ltp1654777169741-0 <br> style: Men <br> color: Asphalt <br> size: S | 1 | $15.95 |
| Subtotal: | | $15.95 |
| Shipping: | | $4.99 via Standard (5-10 business days) |
| Payment method: | | PayPal |
| Total: | | $20.94 |

**Billing address**

**Shipping address**

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171
3129851035
elmooakley@gmail.com

Pete Dobbs
3000 River Rd
Unit 126
River Grove, IL 60171

Following image took on: July 26, 2023 at 8:13 AM UTC



Following image took on: August 15, 2023 at 10:00 PM UTC



Following image took on: August 15, 2023 at 10:00 PM UTC



Following image took on: August 15, 2023 at 10:00 PM UTC



Following image took on: August 15, 2023 at 10:00 PM UTC



Following image took on: August 15, 2023 at 10:00 PM UTC

# 47. pajamasbuy



Previous image took on: January 10, 2023 at 5:03 PM UTC

**Product Page**

https://www.pajamasbuy.com/products/hallowee
n-adult-sherlock-holmes-cosplay-costume

**Product ID**

azdm005461

**Seller Name**

pajamasbuy

**Marketplace**

Independent seller

**Brand**

Sherlock Holmes

Following image took on: January 10, 2023 at 5:02 PM UTC



Following image took on: January 10, 2023 at 5:04 PM UTC

Search...

Home    Adult    Holiday &Occasion    Kids    Baby&Toddlers    Family Matching    Accessories

**Description**

| Theme | Sherlock Holmes | Gender | Women |
|---|---|---|---|
| Group | Adult | Components | 1 x Coat |
| Occasion | Halloween | Type | Costumes |
| Fabric | Cotton/Polyester | Season | Spring, Fall, Winter |
| Feature | Warm | Color | Same As Picture |

Note:please check the size chart carefully before you place the order.
Attached cape, buttons at center front
Hat ear flaps have ribbon ties
NOTE: Pipe and magnifying glass each sold separately
**Size Guide**

| SIZE | BUST | | LENGTH | |
|---|---|---|---|---|
| UNIT | INCH | CM | INCH | CM |
| M | 38.58 | 98 | 40.16 | 102 |
| L | 41.73 | 106 | 42.13 | 107 |

There are no reviews.

Following image took on: January 10, 2023 at 5:05 PM UTC

Search...

Home    Adult    Holiday &Occasion    Kids    Baby&Toddlers    Family Matching    Accessories

COMPANY INFO

About us

Site Map

COMPANY POLICIES

Shipping Policy

Returns Policy

Privacy Policy

Terms of Use

Intellectual Property Infringement Policy

CUSTOMER SERVICE

Contact Us

Track Order

Customer Service & Working Hours

Newsletter

A short sentence describing what someone will receive by subscribing

Enter your email address

SUBSCRIBE

Copyright © 2022 PajamasBuy, All Rights Reserved.

Following image took on: January 10, 2023 at 5:09 PM UTC

Search...

Home    Adult    Holiday &Occasion    Kids    Baby&Toddlers    Family Matching    Accessories

About us

About pajamasbuy:

Welcome to pajamasbuy.Our brand was established in 2018.The brand originated from Japan's The Kigurumi craze.and the word means something like "wearing stuffed toy".Our philosophy is to bring customers the best shopping experience with the highest quality products and the most reasonable prices.In a few years,We has sold these Costumes and accessories more than 180 countries.So We have rich experience of online business trade.so that we can deal with your order demand and after-sale problems smoothly.

Quality Assurance

From design and manufacture, we pay attention to every detail and quality which includes the fabric sourcing, sewing,quality checking, packaging and storage are strictly testing.Only do they all pass the 5 steps,the products can send to you.

Fast Transit

Logistics transportation Logistics transportation is a crucial process.Currently we are in close collaboration with international 4 express companies (DHL, FedEx, EMS and UPS) and Chinese biggest logistic lines providers 4PX and CHUKOU1.5Fservice. Therefore,you can receive your items with best price and fastest speed.

Customer Service

As the introduction says,We have rich experience of online business trade,we can make sure that your needs and questions can deal with in shortest items correctly.You can also contact us through website,Facebook live chat,email at any time.

Strong Buyer Protector for you :

30 Day Returns Guarantee !

Full Refund For Damaged Items !

Full or partial refund if the item is not as described !

High quality products+ Fast shipping0(Responding !

Following image took on: January 10, 2023 at 5:05 PM UTC

Search...

Home    Adult    Holiday &Occasion    Kids    Baby&Toddlers    Family Matching    Accessories

## Contact Us

E-MAIL:

Sales@pajamasbuy.com

**Address:**Rm 1604 Building 1 YiDunGongGuan No. 947 Qiaoxing Avenue
Shiqiao Town, Panyu District
Guangzhou, 511430

**Telephone:**+862023884700

Working hours:

From Monday to Friday 9:00a.m.-9:00p.m (GMT+8)

You can also leave your message in the form below, we will reply as soon as we receive it

---

Following image took on: January 10, 2023 at 5:07 PM UTC

Search...

Home    Adult    Holiday &Occasion    Kids    Baby&Toddlers    Family Matching    Accessories

## Search

2 results for "sherlock"

Adult Sherlock Holmes Cosplay Costume Hallo…
☆☆☆☆☆
**$36.80**

New Great Detective Sherlock Holmes Costum…
☆☆☆☆☆
**$35.34**

Following image took on: January 10, 2023 at 5:08 PM UTC



Following image took on: January 11, 2023 at 8:08 AM UTC



Following image took on: January 11, 2023 at 8:13 AM UTC

Pajamas

Confirmation #P7R07MV6M

✓ Thank you Andrew E!

**Your order is confirmed**
You'll receive a confirmation email with your order number shortly.

Track order with Shop

**Order updates**
You'll get shipping and delivery updates by email.

**Customer information**

Contact information
elmcoakley@gmail.com

Payment method
ending with 0822 - $54.00

Shipping address
Andrew E Oakley
3000 River Road
Unit 126
River Grove IL 60171
United States
3129851035

Billing address
Andrew E Oakley
3000 River Road
Unit 126
River Grove IL 60171
United States
3129851035

Shipping method
Standard (8-12 working days)

Order completed with shop Pay          Learn more

Need help? Contact us          Continue shopping

Refund policy    Shipping policy    Privacy policy    Terms of service

---

Adult Sherlock Holmes Cosplay
Costume Halloween Outfits          $36.80
L

| | |
|---|---|
| Subtotal | $36.80 |
| Shipping | $17.20 |
| **Total**<br>Including $0.00 in taxes | USD **$54.00** |

Following image took on: January 11, 2023 at 8:29 AM UTC

# PajamasBuy

ORDER #NPB4941

## Thank you for your purchase!

Hi Andrew E, we're getting your order ready to be shipped. We will notify you when it has been sent.

**View your order** or **Visit our store**

## Order summary

 **Adult Sherlock Holmes Cosplay Costume Halloween Outfits × 1**
L

$36.80

| | |
|---|---|
| Subtotal | $36.80 |
| Shipping | $17.20 |
| Taxes | $0.00 |
| **Total** | **$54.00 USD** |

## Customer information

**Shipping address**
Andrew E Oakley
3000 River Road
Unit 126

**Billing address**
Andrew E Oakley
3000 River Road
Unit 126

River Grove IL 60171
United States

River Grove IL 60171
United States

Following image took on: February 3, 2023 at 6:06 AM UTC

# PajamasBuy

ORDER #NPB4941

## Your order is on the way

Your order is on the way. Track your shipment to see the delivery status.

**View your order**  or **Visit our store**

YunExpress tracking number: YT2303421236027650 ✅

## Items in this shipment



**Adult Sherlock Holmes Cosplay Costume Halloween Outfits × 1**
L

If you have any questions, reply to this email or contact us at **sales@pajamasbuy.com**

Following image took on: February 3, 2023 at 6:05 AM UTC



Following image took on: January 11, 2023 at 8:31 AM UTC



Following image took on: January 11, 2023 at 8:32 AM UTC



Following image took on: January 11, 2023 at 8:32 AM UTC

Following image took on: January 10, 2023 at 5:06 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC

Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:16 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



Following image took on: April 16, 2023 at 7:18 PM UTC



# 48. pinkqueen



Previous image took on: January 4, 2023 at 12:41 PM UTC

**Product Page**

https://www.pinkqueen.com/products/adult-sherlock-holmes-halloween-costume

**Product ID**

PHC2202BR-M

**Seller Name**

pinkqueen

**Marketplace**

Independent seller

**Brand**

Sherlock Holmes

Following image took on: January 4, 2023 at 12:42 PM UTC



Following image took on: January 4, 2023 at 12:42 PM UTC



Following image took on: January 4, 2023 at 12:41 PM UTC



Following image took on: January 4, 2023 at 12:41 PM UTC



Following image took on: January 4, 2023 at 12:43 PM UTC

## CONTACT US

Follow the below Quick and Easy Solutions.We're Here to Help You.

**Email Us:**

We look forward to helping you with your inquiry. We respond to email messages with orders, and we will respond to your email as quickly as possible. Please allow 24 hours for us to deal with your email. Email Our Customer Service Center at service@pinkqueen.com.

**Connect With Live Help:**

Ask your question right now with a member of our Online Customer Service. Just choose one of our Customer Service Representatives to start a chat online.

**FAQ (frequent ask questions)guide**

Click the FAQ on the top right of our website, you might find the answers you would like to know

**China Address:**

#702 Jiayi Building, No.398 Jiahe Road, Huli District, Xiamen, China

Phone: +86-0592-5173297

This company is owned and operated by @PinkQueen.

| ABOUT PINK QUEEN | SHIPPING & PAYMENT | CUSTOMER SERVICE |
|---|---|---|
| ABOUT US | SHIPPING POLICY | CONTACT US |
| PRIVACY POLICY | RETURN & EXCHANGE | FAQ |

Following image took on: January 4, 2023 at 12:44 PM UTC

Civil unrest;

Computer hacking; or

Malicious damage.

**1 UPDATES TO THESE TERMS**

We reserve the right, in our discretion, to correct any errors or omissions in any part of the Site and Services. Any material on the Site and Services may be out of date at any given time and we are under no obligation to update such material.

We reserve the right, in our sole discretion, to change, modify, add or remove any part of these Terms, in whole or in part, at any time. Notification of the changes to these Terms will be posted on the Site and will be effective immediately, unless expressed otherwise.

It is your sole responsibility to periodically check these Terms for any changes. If you do not agree with any of the changes to these Terms, it is your sole responsibility to unsubscribe from the Site and Services. Your continued use of the Site and Services will be deemed as your acceptance thereof.

We may assign or sublicense any of our rights or obligations under these Terms at any time, without obtaining your consent.

This company is owned and operated by PinkQueen.

These terms and conditions are governed by and are to be construed in accordance with the laws of UK.

Newsletter Sign Up

Sign up now and get 10% off

| ABOUT PINK QUEEN | SHIPPING & PAYMENT | CUSTOMER SERVICE |
|---|---|---|
| ABOUT US | SHIPPING POLICY | CONTACT US |
| PRIVACY POLICY | RETURN & EXCHANGE | FAQ |
| DISCLAIMER POLICY | PAYMENT METHOD | SIZE CHART |
| TERMS & CONDITIONS | TRACK YOUR ORDER | PINKQUEEN COUPONS |
| | HOW TO TRACK | FREE PRODUCT |

Following image took on: January 4, 2023 at 12:45 PM UTC



Following image took on: January 4, 2023 at 12:43 PM UTC

Following image took on: January 4, 2023 at 12:51 PM UTC



Following image took on: January 11, 2023 at 4:00 PM UTC



Following image took on: January 11, 2023 at 4:00 PM UTC

Following image took on: January 11, 2023 at 4:02 PM UTC



Following image took on: January 11, 2023 at 4:02 PM UTC

# You've sent a payment of $60.98 USD to pinkqueen.com (acc_caiwu@jdx-inc.com)

**View or Manage Payment**

It may take a few moments for this transaction to appear in your account.

**Transaction ID**
0KC81175487191342

**Transaction date**
11 Jan 2023 16:00:40 GMT

**Seller**
pinkqueen.com
acc_caiwu@jdx-inc.com

**Instructions to seller**
You haven't entered any instructions.

**Invoice ID**
rbKifMJnQ6eg1u1qMxi2Nlt3X

**Delivery address – confirmed**
rob J harsan
3000 River Rd
unit 126
River Grove
IL
60171-1009
United States

**Delivery details**
The seller hasn't provided any delivery details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Adult Sherlock Holmes Halloween Costume - Womens / BROWN / M | $56.99 USD | 1 | $56.99 USD |

|  | | |
|---|---|---|
| Subtotal | $56.99 USD |
| Postage and packaging | $3.99 USD |
| Total | $60.98 USD |
| Payment | $60.98 USD |

Charge will appear on your credit card statement as "PAYPAL *PINKQUEENCO"

Payment sent to acc_caiwu@jdx-inc.com

**Funding sources used (total)**

Visa/Delta/Electron x-0016      $60.98 USD

Following image took on: January 4, 2023 at 12:48 PM UTC



Following image took on: January 11, 2023 at 3:49 PM UTC



Following image took on: January 4, 2023 at 12:49 PM UTC



Following image took on: January 4, 2023 at 12:50 PM UTC



# 49. MibuStore



Previous image took on: June 13, 2023 at 10:35 AM UTC

Product Page

https://www.storenvy.com/products/1623445-sherlock-sherlock-holmes-t-shirt/v/2835740

Product ID

2835740

Seller Name

MibuStore

Marketplace

Other

Brand

Sherlock Holmes

Following image took on: June 13, 2023 at 10:37 AM UTC

Following image took on: June 13, 2023 at 10:38 AM UTC



Following image took on: June 13, 2023 at 10:38 AM UTC

Following image took on: June 13, 2023 at 10:48 AM UTC



Following image took on: June 13, 2023 at 10:49 AM UTC



Following image took on: June 13, 2023 at 10:57 AM UTC



Following image took on: June 13, 2023 at 11:03 AM UTC

Following image took on: June 13, 2023 at 11:04 AM UTC

Following image took on: June 13, 2023 at 11:16 AM UTC



# Hey kirkbeadsteadgm, thanks for placing an order!

## Order Details

Order placed on 06/13/23 at 6:03am CDT · View your receipt online

Order 1 of 1

### Sold & Shipped by MibuStore

If you have questions about any part of your order, please contact this store directly at **mibustore@gmail.com** or on their FAQ & Contact Page.

Order #mibustore-21526181: *1* item *Global*

 **Sherlock - Sherlock Holmes - T-Shirt**
L
x1
$17.25

| | |
|---|---|
| Subtotal | $17.25 |
| Shipping | $15.00 |
| Handling Fee | $1.99 |
| Tax | $3.55 **Notes** |
| Total | $37.79 |
| Payment Method | PayPal Delivery Mon - Fri 9am - 5pm |

## Shipping To

United States
kirkbeadstead@gmail.com

## Purchase Total

| | |
|---|---|
| Subtotal | $17.25 |
| Tax | $3.55 |
| Shipping | $15.00 |
| **Total** | **$37.79** |

## A note about your order

The business you ordered from is selling in the Storenvy Marketplace. All orders placed through the Storenvy Marketplace are shipped directly from individual businesses, not by Storenvy directly. If you have questions or concerns about your order, please contact the business you ordered from directly via email or their contact form. Storenvy does not know

the status of any other information about your order. If you have concerns about your payment, please contact the support team of the payment method you used (such as your credit card company or PayPal).

Following image took on: June 13, 2023 at 11:17 AM UTC

# Order #mibustore-21526181: Payment processed.  Inbox ×

**Storenvy** <orders@storenvy.com>
to me ▾

This is an update on your order from Storenvy.com placed on 06/13/23.

Your payment to MibuStore [Order #mibustore-21526181] has been processed.

Shipping from: MibuStore
Total Items: 1
Shipping method: Global
Payment status: Approved

Order Details
----------------------------------
Items
----------------------------------
MIBUSTORE
Sherlock - Sherlock Holmes - T-Shirt - L x 1
$17.25
-------
Subtotal: $17.25
Shipping: $15.00
Handling Fee: $1.99
Tax: $3.55
-------

View your receipt: https://www.storenvy.com/checkouts/marketplace/7b39e52ebd2b2320fcbed119cc9209/receipt

If you have questions about any part of your order, please contact the store that you ordered each item from directly.

Thank you for shopping at Storenvy.com!

------------------------------------------------------------
This e-mail message was sent from a notification-only address. Please do not reply to this message.

Open your own online store for free at Storenvy: https://www.storenvy.com/open-a-store?referral=transactionalemail_openastore

Storenvy
512 2nd Street

 **STORENVY**

# Checkout Receipt

### Ship To

Kirk EA BEADSTEAD
3000 River Road, Unit 126
60171
River Grove, IL 60171
United States
kirkbeadstead@gmail.com

### Order Summary

Placed on 06.13.23 at 6:03am CDT

---

**Order #mibustore-21526181 | 1 of 1 · Shipping From: MibuStore — Valencia, Spain**

| Item | Style | | |
|---|---|---|---|
| Sherlock - Sherlock Holmes - T-Shirt | L | x1 | $17.25 |
| | | Subtotal: | $17.25 |
| | | Tax: | $3.55 |
| | | Shipping [Global]: | $15.00 |
| | | Order Total: | $37.79 |
| **Notes**<br>Delivery Mon - Fri 9am - 5pm | | Payment Method: | PayPal |

### Grand Total: $37.79

Explain and Send Screenshots

Thanks. Visit us again. Online store powered by Storenvy.

https://www.storenvy.com/checkouts/marketplace/7b38e52e5d2b2320fc5ed119cc9209/receipt

Hi Kirk Beadstead,



# You've sent a payment of $37.79 USD to MibuStore (nauj_565@hotmail.com)

**View or Manage Payment**

It may take a few moments for this transaction to appear in your account.

**Transaction ID**
7FJ261065V932874P

**Transaction date**
13 Jun 2023 12:03:24 BST

**Seller**
MibuStore
nauj_565@hotmail.com

**Instructions to seller**
You haven't entered any instructions.

**Invoice ID**
mibustore-21526181

**Delivery address – confirmed**
Kirk EA BEADSTEAD
3000 River Road, Unit 126
60171
River Grove
IL
60171
United States

**Delivery details**
The seller hasn't provided any delivery details yet.

| Description | | Unit price | Qty | Amount |
| --- | --- | --- | --- | --- |

| Sherlock - Sherlock Holmes - T-Shirt L | $17.25 USD | 1 | $17.25 USD |

|  | Subtotal | $17.25 USD |
|  | Postage and packaging | $16.99 USD |
|  | Tax | $3.55 USD |
|  | Total | $37.79 USD |
|  | Payment | $37.79 USD |

Charge will appear on your credit card statement as "PAYPAL *MIBUSTORE"

Payment sent to nauj_565@hotmail.com

Explain and Send Screenshots
https://mail.google.com/mail/u/0/?ogbl#inbox/FMfcgzGsmBhtxXpDzXMZPGcXvpKKqTdF

---

Following image took on: June 14, 2023 at 7:20 AM UTC

**MibuStore**
13 June 2023 · Payment

− $37.79 USD

**Paid with**

"Kirk B Mastercard"
Barclaycard Select
Cashback
(MasterCard Credit Card
x-4768)
You'll see
"PAYPAL
*MIBUSTORE" on
your card
statement.

$37.79 USD

**Seller information**

MibuStore

**Invoice ID**

mibustore-21526181

**Purchase details**

Sherlock - Sherlock        $17.25 USD
Holmes - T-Shirt L
sold by MibuStore

**Send to**

Kirk EA BEADSTEAD
3000 River Road, Unit 126
60171
River Grove, IL 60171
United States

Postage                    $15.00 USD
Postage and packaging      $1.99 USD
Tax                        $3.55 USD

**Total**                  **$37.79 USD**

**Transaction ID**

7FJ261065V932874P

Explain and Send Screenshots
https://www.paypal.com/myaccount/activities/details/7FJ261065V932874P

Following image took on: June 13, 2023 at 10:51 AM UTC



Following image took on: June 13, 2023 at 10:51 AM UTC

Following image took on: June 13, 2023 at 10:53 AM UTC



Following image took on: June 13, 2023 at 10:56 AM UTC



Following image took on: June 13, 2023 at 11:07 AM UTC



Following image took on: June 13, 2023 at 11:07 AM UTC



Following image took on: June 16, 2023 at 7:46 AM UTC



Following image took on: June 16, 2023 at 7:46 AM UTC

Following image took on: June 16, 2023 at 8:02 AM UTC

Following image took on: June 29, 2023 at 9:58 AM UTC



Following image took on: June 29, 2023 at 10:00 AM UTC

| | | |
|---|---|---|
| **18 Jun 2023** 03:17 | SPAIN POST | Tracking number: RF281352345ES |
| | Departed from international exchange office. The shipment has left the international logistics center of origin and has been sent to its destination MADRID AP, Spain | To: RIVER GROVE, IL, US |
| | Is my package stuck in transit? | Found in: Spain Post |
| | Is my package stuck in customs? | Tracked with couriers: Spain Post / Universal Postal Union / Royal Mail |
| **17 Jun 2023** 06:25 | SPAIN POST Sorted in Logistics Center 2889494 | Days in transit: 13 |
| **17 Jun 2023** 06:05 | SPAIN POST Sorted in Logistics Center 2889494 | |

Tracking number: RF281352345ES
To: RIVER GROVE, IL, US
Found in: Spain Post
Tracked with couriers: Spain Post / Universal Postal Union / Royal Mail
Days in transit: 13

🔗 Tracking link
https://parcelsapp.com/en/tracking/RF281352
*Bookmark this page to track parcels faster!*

| **15 Jun 2023** 21:01 | SPAIN POST Sorted in Logistics Center CTA VALENCIA (QUART DE POBLET) |
| **15 Jun 2023** 12:33 | SPAIN POST Accepted. The shipment has been accepted from sender REQUENA |
| **15 Jun 2023** 12:33 | SPAIN POST Accepted. The shipment has been accepted from sender REQUENA |
| **15 Jun 2023** | SPAIN POST Accepted. The shipment has been accepted from sender REQUENA |

Share to WhatsApp ›
Share to Viber ›
Share to Telegram ›

↗ **Track with official websites**

Spain Post

# 50. sugargoo



Previous image took on: June 27, 2023 at 7:14 AM UTC

**Product Page**

https://sugargoo.com/#/home/productDetail?
productLink=https://item.taobao.com/item.htm?
id=604600231972

**Product ID**

604600231972

**Seller Name**

sugargoo

**Marketplace**

Other

**Brand**

Sherlock Holmes

Following image took on: June 27, 2023 at 7:14 AM UTC



Following image took on: June 27, 2023 at 7:15 AM UTC



Following image took on: June 27, 2023 at 7:16 AM UTC



Following image took on: June 27, 2023 at 7:16 AM UTC



Following image took on: June 27, 2023 at 7:16 AM UTC

Following image took on: June 27, 2023 at 7:16 AM UTC



Following image took on: June 27, 2023 at 7:16 AM UTC



Following image took on: June 27, 2023 at 7:16 AM UTC



Following image took on: June 27, 2023 at 7:17 AM UTC

**Contact Us**

**Contact us**

7*12 hours (8:00 - 20:00) online customer service
Whatsapp: +86 18924747078
Business E-Mail: business@sugargoo.com
Official community: https://www.reddit.com/r/Sugargoo/

Following image took on: June 27, 2023 at 7:19 AM UTC



Following image took on: June 27, 2023 at 7:24 AM UTC



Following image took on: June 27, 2023 at 7:25 AM UTC



Following image took on: June 27, 2023 at 7:36 AM UTC



Following image took on: June 27, 2023 at 7:37 AM UTC



Following image took on: June 27, 2023 at 7:40 AM UTC



Following image took on: June 27, 2023 at 7:49 AM UTC



Following image took on: June 27, 2023 at 7:51 AM UTC



Following image took on: June 27, 2023 at 8:20 AM UTC

Hi Kirk Beadstead,



# You've sent a payment of $15.41 USD to 深圳小糖人科技有限公司 (finance1@sugargoo.com)

**View or Manage Payment**

It may take a few moments for this transaction to appear in your account.

**Transaction ID**
8YA58807F98912505

**Transaction date**
27 June 2023 08:39:10 BST

**Seller**
深圳小糖人科技有限公司
finance1@sugargoo.com

**Instructions to seller**
You haven't entered any instructions.

**Invoice ID**
SN230627170035S

**Delivery address — confirmed**
Kirk Beadstead
4th Floor, Building B, Nanyu Science
Park, No. 5, Shangxia North Road,
Dongjiang High-tech Industrial Park,
Shuikou Street, Huicheng District,
Huizhou City, Guangdong Province
惠州市
GD
516000
China

**Delivery details**
The seller hasn't provided any delivery
details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| | $15.41 USD | 1 | $15.41 USD |

| | | Subtotal | $15.41 USD |
|---|---|---|---|
| | | Total | $15.41 USD |
| | | Payment | $15.41 USD |

Charge will appear on your credit card statement as "PAYPAL *XIAOTANGREN"

Payment sent to finance1@sugargoo.com

**Funding sources used (total)**

| | Mastercard-4768 | $15.41 USD |
|---|---|---|

**View or Manage Payment**

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Centre.



Following image took on: June 27, 2023 at 8:20 AM UTC



Following image took on: June 27, 2023 at 7:53 AM UTC



Following image took on: June 27, 2023 at 7:58 AM UTC



Following image took on: June 27, 2023 at 7:59 AM UTC

# 51. Dusan Vrdelja



Previous image took on: June 7, 2023 at 11:01 AM UTC

**Product Page**

https://pixels.com/featured/sherlock-holmes-silhouette-made-of-stuff-dusan-vrdelja.html

**Product ID**

N/K

**Seller Name**

Dusan Vrdelja

**Marketplace**

Pixels

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 11:02 AM UTC



Following image took on: June 7, 2023 at 11:02 AM UTC



Following image took on: June 7, 2023 at 11:02 AM UTC



Following image took on: June 7, 2023 at 11:03 AM UTC



Following image took on: June 7, 2023 at 11:03 AM UTC



Following image took on: June 7, 2023 at 11:04 AM UTC

Following image took on: June 7, 2023 at 11:06 AM UTC



Following image took on: June 7, 2023 at 11:06 AM UTC

Following image took on: June 7, 2023 at 11:06 AM UTC

Change Account

**Your Contact Info**                          Login for Faster Checkout

First Name          Last Name
Kirk                Beadstead

E-Mail              Phone Number
Kirkbeadstead@protonmail.com

**Shipping Address**

First Name          Last Name
Kirk                Beadstead

Company (Optional)

Address
4617 South Emerald Avenue

City
Chicago

State       Postal Code      Country
IL          60609            United States
(e.g. NY, IL, CA)

Shipping Method
Standard

All products are manufactured on-demand and ship from the manufacturing facility located nearest
to your destination address.  Gift cards are delivered instantly via e-mail.

**Total**       $30.98

**Gift Certificate**

Enter Gift Certificate Code
Apply to Order

**Discount Code**

Enter Discount Code
Apply to Order

CONTINUE  >

# 52. Anagrama Studio



Previous image took on: June 7, 2023 at 9:51 AM UTC

**Product Page**

https://printerval.com/sherlock-holmes-silhouette-classic-t-shirt-p1026519

**Product ID**

p1026519

**Seller Name**

Anagrama Studio

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 9:54 AM UTC



Following image took on: June 7, 2023 at 9:54 AM UTC



Following image took on: June 7, 2023 at 9:55 AM UTC



Following image took on: June 7, 2023 at 9:55 AM UTC



Following image took on: June 7, 2023 at 9:55 AM UTC



Following image took on: June 7, 2023 at 9:56 AM UTC



Following image took on: June 7, 2023 at 9:58 AM UTC



Following image took on: June 7, 2023 at 10:01 AM UTC



Following image took on: June 7, 2023 at 10:03 AM UTC

**Footwork information**

Terms of Service
About us
Shipping & Delivery
The purpose of Printerval
FAQs

→ AKS US: **Help/FQA**

**Our office location:**

- **Email:** support@printerval.com
- Speak to a customer representative at: +1586.325.6268
  MON-FRI: 6PM - 10PM PST
- **Office Address:** 3 Floor, 24T3 Thanh Xuan Complex Building, 6 Le Van Thiem Street, Thanh Xuan Trung Ward, Thanh Xuan District, Hanoi, Vietnam. (Directions)



# 53. CAI YING CHEN



Previous image took on: January 6, 2023 at 9:49 AM UTC

**Product Page**

https://printerval.com/sherlock-holmes-sherlock-holmes-t-shirt-t-shirt18927014-sherlock-holmes-p1026510

**Product ID**

p1026510

**Seller Name**

CAI YING CHEN

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 9:49 AM UTC

Following image took on: January 6, 2023 at 9:50 AM UTC



Following image took on: January 6, 2023 at 9:51 AM UTC



Following image took on: January 6, 2023 at 9:52 AM UTC



Following image took on: January 6, 2023 at 9:53 AM UTC



Following image took on: January 6, 2023 at 9:54 AM UTC



Following image took on: January 8, 2023 at 8:42 AM UTC

**Footwork information**

Terms of Service
About us
Shipping & Delivery
The purpose of Printerval
FAQs

Ask us any question at all

→ AKS US: **Help/FQA**

**Our office location:**

- Email: support@printerval.com
- Speak to a customer representative at: +1586.325.6268
  MON-FRI: 6PM - 10PM PST
- **Office Address:** 3 Floor, 24T3 Thanh Xuan Complex Building, 6 Le Van Thiem Street, Thanh Xuan Trung Ward, Thanh Xuan District, Hanoi, Vietnam. (Directions)

# 54. Daryna Yatsenko



Previous image took on: June 8, 2023 at 1:42 PM UTC

**Product Page**

https://printerval.com/sherlock-holmes-want-to-see-some-more-t-shirt-p3826488

**Product ID**

p3826488

**Seller Name**

Daryna Yatsenko

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: June 8, 2023 at 1:42 PM UTC



Following image took on: June 13, 2023 at 12:01 PM UTC



Following image took on: June 8, 2023 at 1:44 PM UTC



Following image took on: June 8, 2023 at 1:45 PM UTC



Following image took on: June 8, 2023 at 1:47 PM UTC

Following image took on: June 8, 2023 at 1:47 PM UTC



Following image took on: June 8, 2023 at 1:47 PM UTC

# 55. Dhruv Gupta



Previous image took on: January 6, 2023 at 10:03 AM UTC

| Product Page | Marketplace |
|---|---|
| https://printerval.com/sherlock-holmes-t-shirt-p2109579 | Printerval |
| Product ID | Brand |
| p2109579 | Sherlock Holmes |
| Seller Name | |
| Dhruv Gupta | |

Following image took on: January 6, 2023 at 10:04 AM UTC



Following image took on: January 6, 2023 at 10:04 AM UTC



Following image took on: January 6, 2023 at 10:04 AM UTC

Following image took on: January 6, 2023 at 10:04 AM UTC



Following image took on: January 6, 2023 at 10:05 AM UTC



Following image took on: January 6, 2023 at 10:06 AM UTC



Following image took on: January 6, 2023 at 11:38 AM UTC

# 56. Diego Romero



Previous image took on: June 7, 2023 at 10:06 AM UTC

**Product Page**

https://printerval.com/sherlock-holmes-fan-sherlock-is-my-holmsboy-t-shirt-p3824903

**Product ID**

p3824903

**Seller Name**

Diego Romero

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 10:07 AM UTC



Following image took on: June 7, 2023 at 10:07 AM UTC

