Following image took on: June 7, 2023 at 10:07 AM UTC



Following image took on: June 7, 2023 at 10:08 AM UTC



Following image took on: June 7, 2023 at 10:10 AM UTC



Following image took on: June 7, 2023 at 10:11 AM UTC



Following image took on: June 7, 2023 at 10:12 AM UTC



Following image took on: June 7, 2023 at 10:08 AM UTC

## Printerval
spice up your life

Shop Printerval          Search i

### About us

Footwork information

Policies

Gifts Ideas & Advice

Fashion

Life Style

Wiki

Printerval is an online marketplace, where people come together to make, sell, buy, and collect unique items. There's no Printerval warehouse – just independent sellers selling the things they love. We make the whole process easy, helping you connect directly with makers to find something extraordinary.

**Email:** support@printerval.com

Phone number: +8490 344 6430

**Office Address:** 3rd Floor, 24T3 Thanh Xuan Complex Building, 6 Le Van Thiem Street, Thanh Xuan Trung Ward, Thanh Xuan District, Hanoi, Vietnam. (Directions)

Next

### Related articles

• Sizeguide
• Contact

Recently viewed

# 57. George Zhao



Previous image took on: January 6, 2023 at 9:57 AM UTC

**Product Page**

https://printerval.com/sherlock-holmes-detective-t-shirt-p6255116

**Product ID**

p6255116

**Seller Name**

George Zhao

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 9:57 AM UTC



Following image took on: January 6, 2023 at 9:58 AM UTC



Following image took on: January 6, 2023 at 9:59 AM UTC

**Features**

You are contemplating one of the best-selling products **Sherlock holmes Detective T-shirt**
For **Men White** belong theme swine flu **T-Shirts** at Printerval.

**What material is this item made of?**

The material may vary for different styles or products and colors. Learn more»

**What is your Refund policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make
things right. Learn more»

**What is your Returns & Exchanges policy?**

If you don't love your pieces. We are always happy to assist you. Learn more»

Buy stunning Sherlock holmes Detective T-shirt or see more **swine flu T-Shirts** products at
Printerval right now to receive many amazing discounts!

Less Content

**Reviews**

★★★★★
★★★★★
★★★★★
★★★★★
★★★★★

Write your review

**More George Zhao's products →**

| HAM RADIO OPERATOR T-shirt | PARANORMAL INVESTIGATOR Paranormal Cativity T-shirt | The Queen of Monsters - Mothra - T-Shirt | Red Panda Face - Red Panda - T-Shirt | Ronaldo Luís Nazário de Lima - Ronaldo - T-Shirt | Ban Returns - Batman - T-Shirt |
| --- | --- | --- | --- | --- | --- |
| $12.95 | $12.95 | $12.95 | $12.95 | $12.95 | $12.95 |

**T-Shirts Tags**

Swine flu t-shirts

All Product Tags

Following image took on: January 6, 2023 at 9:59 AM UTC



Following image took on: January 6, 2023 at 10:00 AM UTC

## Printerval
### spice up your life

Search for anything

Login ♡ 🛒 1

Occasions   Clothing   Accessories   Home & Living   Kids & Babies   Home Decor   Table Decor

Cart » Order Information » Complete

| Item | | Price | Quantity | Subtotal |
|------|------|-------|----------|----------|
| | Sherlock holmes Detective T-shirt *Size: M, White, Men, Heavyweight T-shirt* *Print Location: Front* | $12.95 | − 1 + | $12.95 |
| ↻ make changes   🗑 Remove | | | | |

| | |
|------|------|
| Subtotal | $12.95 |
| Shipping fee | $6.99 |
| **Total** | **$19.94** |
| Deliver to United States | Change |

**🛡 CHECKOUT**

AMERICAN EXPRESS   VISA   mastercard   PayPal

GUARANTEE   Don't love it? We'll fix it. For free.
Printerval Guarantee »

4.4 ★★★★☆
Google
Customer Reviews

Following image took on: January 6, 2023 at 10:00 AM UTC



Following image took on: January 6, 2023 at 11:55 AM UTC

# 58. Ian Porter



Previous image took on: June 7, 2023 at 10:45 AM UTC

**Product Page**

https://printerval.com/sherlock-holmes-sherlock-holmes-and-the-case-o-t-shirt-p2109272

**Product ID**

p2109272

**Seller Name**

Ian Porter

**Marketplace**

Printerval

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 10:45 AM UTC



Following image took on: June 7, 2023 at 10:46 AM UTC



Following image took on: June 7, 2023 at 10:46 AM UTC



Following image took on: June 7, 2023 at 10:47 AM UTC



Following image took on: June 7, 2023 at 10:50 AM UTC



Following image took on: June 7, 2023 at 10:51 AM UTC

Following image took on: June 7, 2023 at 10:52 AM UTC



Following image took on: June 7, 2023 at 10:46 AM UTC

# 59. Ivan Castle



Previous image took on: January 6, 2023 at 10:07 AM UTC

Product Page

https://printerval.com/sherlock-holmes-t-shirt-p2109353

Product ID

p2109353

Seller Name

Ivan Castle

Marketplace

Printerval

Brand

Sherlock Holmes

Following image took on: January 6, 2023 at 10:07 AM UTC

Following image took on: January 6, 2023 at 10:08 AM UTC



Following image took on: January 6, 2023 at 10:09 AM UTC

Following image took on: January 6, 2023 at 10:08 AM UTC



Following image took on: January 6, 2023 at 10:08 AM UTC



Following image took on: January 6, 2023 at 10:08 AM UTC



Following image took on: January 6, 2023 at 10:09 AM UTC



Following image took on: January 6, 2023 at 10:10 AM UTC



Following image took on: January 6, 2023 at 10:10 AM UTC



Following image took on: January 8, 2023 at 8:39 AM UTC

**Footwork information**

Ask us any question at all

→ AKS US: **Help/FQA**

Terms of Service
About us
Shipping & Delivery
The purpose of Printerval
FAQs

**Our office location:**

- **Email:** support@printerval.com
- Speak to a customer representative at: +1586.325.6268
  MON-FRI: 6PM - 10PM PST
- **Office Address:** 3 Floor, 24T3 Thanh Xuan Complex Building, 6 Le Van Thiem Street, Thanh Xuan Trung Ward, Thanh Xuan District, Hanoi, Vietnam. (Directions)



# 60. Future Road Shoes



Previous image took on: January 6, 2023 at 1:57 PM UTC

**Product Page**

https://www.qoo10.com/item/SHERLOCK-HOLMES-SHERLOCK-HOLMES-DRESS-TRAD-BUSINESS-SHOES-BUSINESS/568855591

**Product ID**

568855591

**Seller Name**

Future Road Shoes

**Marketplace**

Qoo10

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 1:57 PM UTC



Following image took on: January 6, 2023 at 2:03 PM UTC



Following image took on: January 6, 2023 at 2:04 PM UTC



Following image took on: January 6, 2023 at 2:06 PM UTC



Following image took on: January 6, 2023 at 2:07 PM UTC

Following image took on: January 6, 2023 at 2:09 PM UTC



Following image took on: January 6, 2023 at 2:09 PM UTC

## Purchase Description

**Cart no.** 92554661
**Payment Date** Jan 06, 2023
**Customer Name** Charlie Baxter

### Purchase List

| Shop Title | Item | Price(Qty) | Shipping Rate | Contact |
|---|---|---|---|---|
| Future Road Shoes | [Sherlock Holmes] SHERLOCK HOLMES Dress Trad Business Shoes Business (3E) Genuine leather BN 3301 BN 3303 BN 3306 Men's hiring Wedding also at funeral | US$53.60(1) | US$0.00 | f-road@kei.ocn.ne.jp |

**Total Amount : US$73.43**

| | |
|---|---|
| Total Item Price | US$53.60 |
| Shop Shipping Rate | US$0.00 |
| Overseas Shipping Rate | US$19.83 |
| Qprime Shipping Rate | US$0.00 |

**Payment Detail**

| | |
|---|---|
| Cart Discount | US$0.00 |
| Use Q account | US$0.00 |
| Payment Method | Paypal |
| Payment Amount | US$73.43 |

This receipt can be changeable depending on order's status such as "Cancel" and "Refund".
This receipt cannot be used for the legal certification of your purchases without payment receipt such as credit card receipt.

Print

Following image took on: January 16, 2023 at 9:56 AM UTC



Following image took on: January 16, 2023 at 9:56 AM UTC

Following image took on: January 16, 2023 at 9:56 AM UTC



Following image took on: January 16, 2023 at 9:56 AM UTC

Following image took on: January 16, 2023 at 9:56 AM UTC

Chrome · Qoo10 - Fun Shopping at Big Discounts

qoo10.com/gmkt.inc/My/OrderClaimDetailPop.aspx?contr_no=156176372&avc_nation_cd=US

## Cancel / Return / Exchange details

◉ Cancel/Refund Status

Current Status | ☆ Future Road Shoes | ⊙ Inquiry and Conversation >

| Type | Submitted | Status | Refund Status |
|---|---|---|---|
| Cancel | Jan 10, 2023 | Complete | Refunded |

**Detail Info**

| | |
|---|---|
| Order no. | 156176372 |
| Item | [Sherlock Holmes] SHERLOCK HOLMES Dress Trad Business Shoes Business (3E) Genuine leather BN 3301 BN 3303 BN 3306 Men's hiring Wedding also at funeral |
| Reason | Out of Stock(by Seller) ▾ |
| Seller Memo | 在庫切れとなっております。誠に申し訳ございませんでした。 |

*Please check with the seller about return address/method/status before returning.

## ▌Refund Details

**Payment Details**

| Order Amount | Payment Method | Payment Amount |
|---|---|---|
| US$73.43 | Paypal | US$73.43 |

**Refund Details**

| Refund date | Item name | Cancel amount | Refund Method | |
|---|---|---|---|---|
| Jan 10, 2023 17:08:58 | [Sherlock Holmes] SHERLOCK HOLMES Dress Trad Business Shoes Business (3E) Genuine leather BN 3301 BN 3303 BN 3306 Men's hiring Wedding also at funeral | US$73.43 | Paypal | US$73.43 |

※ Credit card payments more than 60 days after the payment date will be refunded via Q Money in accordance with Qoo10 refund policy. If Qpoint was used for the payment, Qpoint would be refunded first.
※ Credit card refunds take different days depending on the credit card company, but in general, approval will be canceled on the same day or within 3-5 business days at the latest for domestic issued cards.
*The order amount is calculated in USD, it may cause a little bit of the difference by the exchange rate.

Close

16 Jan    03:53

# 61. Sogoods



Previous image took on: January 6, 2023 at 7:43 AM UTC

**Product Page**

https://www.qoo10.com/item/SHERLOCK-HOLMES-HATMOVIE-DEERSTALKER-DETECTIVE-CAP-UNISEX-COSTUMES/679037890

**Product ID**

679037890

**Seller Name**

Sogoods

**Marketplace**

Qoo10

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 7:43 AM UTC



Following image took on: January 6, 2023 at 7:44 AM UTC



Following image took on: January 6, 2023 at 7:45 AM UTC



Following image took on: January 6, 2023 at 7:45 AM UTC

Following image took on: January 6, 2023 at 7:46 AM UTC



Following image took on: January 6, 2023 at 7:46 AM UTC

Following image took on: January 6, 2023 at 7:48 AM UTC



Following image took on: January 6, 2023 at 7:50 AM UTC



Following image took on: January 6, 2023 at 7:58 AM UTC



Following image took on: January 6, 2023 at 7:58 AM UTC

## Purchase Description

| | |
|---|---|
| Cart no. | 92545519 |
| Payment Date | Jan 06, 2023 |
| Customer Name | Charlie C Y Baxter |

### Purchase List

| Shop Title | Item | Price(Qty) | Shipping Rate | Contact |
|---|---|---|---|---|
| Sogoods | Sherlock Holmes HatMovie Deerstalker Detective Cap Unisex Costumes Flat For Children | US$30.38(1) | US$3.00 | 641054563@qq.com |

**Total Amount : US$54.38**

| | | | | |
|---|---|---|---|---|
| Total Item Price | US$30.38 | | Cart Discount | US$0.00 |
| Shop Shipping Rate | US$3.00 | | Use Q account | US$0.00 |
| Oversea Shipping Rate | US$21.00 | | Payment Method | Paypal |
| Qprime Shipping Rate | US$0.00 | | Payment Amount | US$54.38 |

This receipt can be changeable depending on order's status such as "Cancel" and "Refund".
This receipt cannot be used for the legal certification of your purchases without payment receipt such as credit card receipt.

Print

Following image took on: January 16, 2023 at 10:26 AM UTC



Following image took on: January 16, 2023 at 10:26 AM UTC



Following image took on: January 9, 2023 at 7:40 AM UTC



Following image took on: January 9, 2023 at 7:40 AM UTC

Following image took on: January 16, 2023 at 10:27 AM UTC



Following image took on: January 16, 2023 at 10:27 AM UTC

Following image took on: January 16, 2023 at 10:27 AM UTC



**[China]Delivering to distribution center**

Sherlock Holmes HatMovie Deerstalker Detective Cap Unisex Costumes Flat For Children

Shipping Information

| | | | |
|---|---|---|---|
| Delivery company | Qxpress› | Shipping Date | Jan 10, 2023 19:54:00 |
| Tracking no. | 4PX300046109166BCN | Shipping Country | China |
| Sender | Sogoods | | |
| | Contact | | |

Your item is in transit to the international dispatch center.

The tracking information may need additional time to upload into the Qoo10 system.

Depending on the local delivery situation, this period can vary.

(Approximately, it takes 2-3 days for local delivery, but 3-7 days for non-registered mail)

Following image took on: May 18, 2023 at 10:55 PM UTC

Following image took on: May 18, 2023 at 10:55 PM UTC



Following image took on: May 18, 2023 at 10:55 PM UTC



Following image took on: May 18, 2023 at 10:55 PM UTC



Following image took on: May 18, 2023 at 10:55 PM UTC



# 62. WZ's Nest



Previous image took on: January 6, 2023 at 8:13 AM UTC

**Product Page**

https://www.qoo10.com/item/SHERLOCK-HOLMES-DEERSTALKER-HAT-BRIMMED-HAT-SCARF-ONE-SET/480881523

**Product ID**

480881523

**Seller Name**

WZ's Nest

**Marketplace**

Qoo10

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 8:13 AM UTC



Following image took on: January 6, 2023 at 8:15 AM UTC



Following image took on: January 6, 2023 at 8:15 AM UTC



Following image took on: January 6, 2023 at 8:16 AM UTC



Following image took on: January 6, 2023 at 8:16 AM UTC



Following image took on: January 6, 2023 at 8:16 AM UTC



Following image took on: January 6, 2023 at 8:17 AM UTC

Following image took on: January 6, 2023 at 8:17 AM UTC



Following image took on: January 6, 2023 at 8:22 AM UTC

Following image took on: January 6, 2023 at 8:25 AM UTC



Following image took on: January 6, 2023 at 8:25 AM UTC

## Purchase Description

| | |
|---|---|
| Cart no. | 92546422 |
| Payment Date | Jan 06, 2023 |
| Customer Name | Charle Baxter |

### Purchase List

| Shop Title | Item | Price(Qty) | Shipping Rate | Contact |
|---|---|---|---|---|
| WZ's Nest | Sherlock Holmes deerstalker hat brimmed hat +scarf one set | US$23.00(1) | US$8.00 | zq468110@163.com |

**Total Amount : US$31.00**

| Total Item Price | US$23.00 | | Cart Discount | US$0.00 |
|---|---|---|---|---|
| Shop Shipping Rate | US$8.00 | | Use Q account | US$0.00 |
| Oversea Shipping Rate | US$0.00 | | Payment Method | Paypal |
| Qprime Shipping Rate | US$0.00 | | Payment Amount | US$31.00 |

This receipt can be changeable depending on order's status such as "Cancel" and "Refund".
This receipt cannot be used for the legal certification of your purchases without payment receipt such as credit card receipt.

Print

Following image took on: February 1, 2023 at 12:04 PM UTC



Following image took on: February 20, 2023 at 7:17 AM UTC



Following image took on: February 20, 2023 at 7:14 AM UTC



Following image took on: March 5, 2023 at 8:12 PM UTC







Following image took on: March 5, 2023 at 8:12 PM UTC



Following image took on: March 5, 2023 at 8:12 PM UTC



Following image took on: March 5, 2023 at 8:12 PM UTC



Following image took on: March 5, 2023 at 8:12 PM UTC



Following image took on: March 5, 2023 at 8:12 PM UTC



# 63. yanghua



Previous image took on: January 6, 2023 at 8:41 AM UTC

**Product Page**

https://www.qoo10.com/item/AUTHENTIC-PUMP-QUEEN-HIGH-QUALITY-COSPLAY-CAP-DETECTIVE-SHERLOCK/633077890

**Product ID**

633077890

**Seller Name**

yanghua

**Marketplace**

Qoo10

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 8:41 AM UTC



Following image took on: January 6, 2023 at 8:43 AM UTC



Following image took on: January 6, 2023 at 8:43 AM UTC



Following image took on: January 6, 2023 at 8:45 AM UTC



Following image took on: January 6, 2023 at 8:45 AM UTC



Following image took on: January 6, 2023 at 8:46 AM UTC



Following image took on: January 6, 2023 at 8:46 AM UTC

Following image took on: January 6, 2023 at 8:48 AM UTC



Following image took on: January 6, 2023 at 8:48 AM UTC

Following image took on: January 6, 2023 at 8:50 AM UTC

## Purchase Description

**Cart no.** 92547061
**Payment Date** Jan 06, 2023
**Customer Name** Charlie Baxter

### Purchase List

| Shop Title | Item | Price(Qty) | Shipping Rate | Contact |
|---|---|---|---|---|
| yanghua | authentic Pump Queen High Quality Cosplay Cap Detective Sherlock Holmes Deerstalker Hat Gray Cups Ne | US$19.80(1) | US$4.30 | your1201814@hotmail.com |

**Total Amount : US$45.10**

| | | Payment Detail | |
|---|---|---|---|
| Total Item Price | US$19.80 | Cart Discount | US$0.00 |
| Shop Shipping Rate | US$4.30 | Use Q account | US$0.00 |
| Oversea Shipping Rate | US$21.00 | Payment Method | Paypal |
| Qprime Shipping Rate | US$0.00 | Payment Amount | US$45.10 |

This receipt can be changable depending on order's status such as "Cancel" and "Refund".
This receipt cannot be used for the legal certification of your purchases without payment receipt such as credit card receipt.

Print

Following image took on: January 16, 2023 at 10:36 AM UTC



Following image took on: January 16, 2023 at 10:36 AM UTC



Following image took on: January 9, 2023 at 7:42 AM UTC



Following image took on: January 16, 2023 at 10:37 AM UTC



Following image took on: January 16, 2023 at 10:37 AM UTC

# 64. ZHQ



Previous image took on: January 6, 2023 at 8:54 AM UTC

**Product Page**

https://www.qoo10.com/item/HIGH-QUALITY-COSPLAY-CAP-DETECTIVE-SHERLOCK-HOLMES-DEERSTALKER/679040711

**Product ID**

679040711

**Seller Name**

ZHQ

**Marketplace**

Qoo10

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 8:54 AM UTC



Following image took on: January 6, 2023 at 8:54 AM UTC



Following image took on: January 6, 2023 at 8:54 AM UTC



Following image took on: January 6, 2023 at 8:55 AM UTC



Following image took on: January 6, 2023 at 8:55 AM UTC



Following image took on: January 6, 2023 at 8:55 AM UTC



Following image took on: January 6, 2023 at 8:55 AM UTC

Following image took on: January 6, 2023 at 8:56 AM UTC



Following image took on: January 6, 2023 at 8:56 AM UTC

Following image took on: January 6, 2023 at 8:56 AM UTC



Following image took on: January 6, 2023 at 8:56 AM UTC

Following image took on: January 6, 2023 at 8:58 AM UTC



Following image took on: January 6, 2023 at 8:58 AM UTC

Following image took on: January 6, 2023 at 8:59 AM UTC



Following image took on: January 6, 2023 at 8:59 AM UTC

Following image took on: January 16, 2023 at 10:43 AM UTC



Following image took on: January 16, 2023 at 10:43 AM UTC



Following image took on: January 16, 2023 at 10:43 AM UTC



Following image took on: January 30, 2023 at 8:33 AM UTC

## [China]Delivering to distribution center

High Quality Cosplay Cap Detective Sherlock Holmes Deerstalker Hat Gray Cups New Berets Cap Vestidos

### Shipping Information

| | | | |
|---|---|---|---|
| Delivery company | Qxpress > | Shipping Date | Jan 06, 2023 18:43:00 |
| Tracking no. | 4PX3000458879927CN | Shipping Country | China |
| Sender | ZHQ | | |
| | Contact | | |

Your item is in transit to the international dispatch center.
The tracking information may need additional time to upload into the Qoo10 system.
Depending on the local delivery situation, this period can vary.

(Approximately, it takes 2-3 days for local delivery; but 3-7 days for non-registered mail)

non-receipt claim

Following image took on: January 30, 2023 at 8:33 AM UTC



Following image took on: January 30, 2023 at 8:33 AM UTC

# 65. 21 DAYS



Previous image took on: June 28, 2023 at 1:53 PM UTC

**Product Page**

https://www.redbubble.com/i/tank-top/Sherlock-Holmes-retro-by-Shushruthavijay/135424057.IXNXQ

**Product ID**

135424057.IXNXQ

**Seller Name**

21 DAYS

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 28, 2023 at 1:53 PM UTC



Following image took on: June 28, 2023 at 1:53 PM UTC



Following image took on: June 28, 2023 at 1:54 PM UTC



Following image took on: June 28, 2023 at 1:55 PM UTC



Following image took on: June 28, 2023 at 1:55 PM UTC



Following image took on: June 28, 2023 at 1:55 PM UTC



Following image took on: June 28, 2023 at 1:55 PM UTC



Following image took on: June 28, 2023 at 1:56 PM UTC

Following image took on: June 28, 2023 at 1:58 PM UTC



Following image took on: June 28, 2023 at 2:00 PM UTC

# 66. bdtresor



Previous image took on: June 7, 2023 at 10:49 AM UTC

**Product Page**

https://www.redbubble.com/i/apron/Sherlock-holmes-by-bdtresor/70698213.6ZXWR

**Product ID**

70698213.6ZXWR

**Seller Name**

bdtresor

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 10:50 AM UTC



Following image took on: June 7, 2023 at 10:51 AM UTC



Following image took on: June 7, 2023 at 10:51 AM UTC



Following image took on: June 7, 2023 at 10:51 AM UTC



Following image took on: June 7, 2023 at 10:52 AM UTC



Following image took on: June 7, 2023 at 10:52 AM UTC



Following image took on: June 8, 2023 at 7:14 AM UTC



Following image took on: June 7, 2023 at 10:52 AM UTC

Following image took on: June 8, 2023 at 7:17 AM UTC



Following image took on: June 8, 2023 at 7:20 AM UTC

# 67. beegg



Previous image took on: June 23, 2023 at 10:34 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/SHERlocked-Sherlock-Holmes-by-beegg/147085458.WFLAH.XYZ

**Product ID**

147085458.WFLAH.XYZ

**Seller Name**

beegg

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 23, 2023 at 10:34 AM UTC



Following image took on: June 23, 2023 at 10:34 AM UTC



Following image took on: June 23, 2023 at 10:34 AM UTC



Following image took on: June 23, 2023 at 10:34 AM UTC



Following image took on: June 23, 2023 at 10:36 AM UTC



Following image took on: June 23, 2023 at 10:36 AM UTC



Following image took on: June 23, 2023 at 10:38 AM UTC



Following image took on: June 23, 2023 at 10:58 AM UTC

# 68. carlbatterbee



Previous image took on: June 29, 2023 at 7:26 AM UTC

Product Page

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-carlbatterbee/69362337.WFLAH

Product ID

69362337.WFLAH

Seller Name

carlbatterbee

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: June 29, 2023 at 7:26 AM UTC



Following image took on: June 29, 2023 at 7:26 AM UTC



Following image took on: June 29, 2023 at 7:27 AM UTC



Following image took on: June 29, 2023 at 7:27 AM UTC



Following image took on: June 29, 2023 at 7:27 AM UTC



Following image took on: June 29, 2023 at 7:28 AM UTC



Following image took on: June 29, 2023 at 7:28 AM UTC



Following image took on: June 29, 2023 at 7:28 AM UTC



Following image took on: June 29, 2023 at 7:28 AM UTC



Following image took on: June 29, 2023 at 7:39 AM UTC



Following image took on: June 29, 2023 at 7:40 AM UTC



Following image took on: June 29, 2023 at 7:44 AM UTC

# 69. DelilahKessler



Previous image took on: June 7, 2023 at 11:42 AM UTC

**Product Page**

https://www.redbubble.com/i/jigsaw-puzzle/Day-Gifts-Sherlock-Holmes-Tv-Series-Cute-Gifts-by-DelilahKessler/90312863.L4Q0T

**Product ID**

90312863.L4Q0

**Seller Name**

DelilahKessler

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 11:42 AM UTC



Following image took on: June 7, 2023 at 11:42 AM UTC

Following image took on: June 7, 2023 at 11:43 AM UTC



Following image took on: June 7, 2023 at 11:43 AM UTC



Following image took on: June 7, 2023 at 11:43 AM UTC



Following image took on: June 7, 2023 at 11:44 AM UTC



Following image took on: June 7, 2023 at 11:44 AM UTC



Following image took on: June 7, 2023 at 11:44 AM UTC



Following image took on: June 7, 2023 at 11:44 AM UTC



Following image took on: June 7, 2023 at 11:44 AM UTC



Following image took on: June 7, 2023 at 11:45 AM UTC



Following image took on: June 7, 2023 at 11:45 AM UTC



Following image took on: June 7, 2023 at 11:49 AM UTC

# 70. EmceeFrodis



Previous image took on: June 29, 2023 at 7:49 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Pop-Sherlock-Holmes-by-EmceeFrodis/29394946.WFLAH

**Product ID**

29394946.WFLAH

**Seller Name**

EmceeFrodis

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 7:49 AM UTC



Following image took on: June 29, 2023 at 7:49 AM UTC



Following image took on: June 29, 2023 at 7:51 AM UTC



Following image took on: June 29, 2023 at 7:51 AM UTC



Following image took on: June 29, 2023 at 7:52 AM UTC



Following image took on: June 29, 2023 at 7:52 AM UTC



Following image took on: June 29, 2023 at 7:52 AM UTC



Following image took on: June 29, 2023 at 7:53 AM UTC



Following image took on: June 29, 2023 at 7:53 AM UTC



Following image took on: June 29, 2023 at 7:53 AM UTC



Following image took on: June 29, 2023 at 7:53 AM UTC

Following image took on: June 29, 2023 at 7:54 AM UTC



Following image took on: June 29, 2023 at 2:06 PM UTC



Following image took on: June 29, 2023 at 7:54 AM UTC



Following image took on: June 29, 2023 at 7:58 AM UTC

# 71. Faust Shmidt



Previous image took on: June 29, 2023 at 8:17 AM UTC

Product Page

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-Hat-and-Violin-by-m10305pd/32229978.IJ6L0

Product ID

32229978.IJ6L0

Seller Name

Faust Shmidt

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: June 29, 2023 at 8:17 AM UTC

Following image took on: June 29, 2023 at 8:18 AM UTC



Following image took on: June 29, 2023 at 8:18 AM UTC



Following image took on: June 29, 2023 at 8:18 AM UTC



Following image took on: June 29, 2023 at 8:18 AM UTC



Following image took on: June 29, 2023 at 8:18 AM UTC



Following image took on: June 29, 2023 at 8:19 AM UTC



Following image took on: June 29, 2023 at 8:19 AM UTC



Following image took on: June 29, 2023 at 8:19 AM UTC

Following image took on: June 29, 2023 at 8:22 AM UTC

# 72. grejpfrut



Previous image took on: June 7, 2023 at 12:01 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Mr-Sherlock-Holmes-by-grejpfrut/129303134.1YYVU

**Product ID**

129303134.1YYVU

**Seller Name**

grejpfrut

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 12:02 PM UTC



Following image took on: June 7, 2023 at 12:02 PM UTC



Following image took on: June 7, 2023 at 12:02 PM UTC



Following image took on: June 7, 2023 at 12:03 PM UTC



Following image took on: June 7, 2023 at 12:03 PM UTC



Following image took on: June 7, 2023 at 12:03 PM UTC



Following image took on: June 7, 2023 at 12:03 PM UTC



Following image took on: June 7, 2023 at 12:04 PM UTC

Following image took on: June 7, 2023 at 12:05 PM UTC

Following image took on: June 7, 2023 at 12:08 PM UTC



# 73. gryffindor



Previous image took on: June 7, 2023 at 12:11 PM UTC

**Product Page**

https://www.redbubble.com/i/tank-top/Sherlock-Holmes-Consulting-Detective-by-gryffindor/8900548.N283C

**Product ID**

8900548.N283C

**Seller Name**

gryffindor

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 12:12 PM UTC

Following image took on: June 7, 2023 at 12:12 PM UTC



Following image took on: June 7, 2023 at 12:12 PM UTC

Following image took on: June 7, 2023 at 12:13 PM UTC



Following image took on: June 7, 2023 at 12:13 PM UTC



Following image took on: June 7, 2023 at 12:13 PM UTC

Following image took on: June 7, 2023 at 12:14 PM UTC



Following image took on: June 7, 2023 at 12:14 PM UTC

Following image took on: June 7, 2023 at 12:15 PM UTC

# 74. Inndal Arts



Previous image took on: June 7, 2023 at 12:35 PM UTC

**Product Page**

https://www.redbubble.com/i/dress/Sherlock-Holmes-by-henrikgl/56390065.TGIUM

**Product ID**

56390065.TGIUM

**Seller Name**

Inndal Arts

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes