Following image took on: June 7, 2023 at 12:35 PM UTC



Following image took on: June 7, 2023 at 12:35 PM UTC



Following image took on: June 7, 2023 at 12:35 PM UTC



Following image took on: June 7, 2023 at 12:35 PM UTC



Following image took on: June 7, 2023 at 12:36 PM UTC



Following image took on: June 7, 2023 at 12:36 PM UTC



Following image took on: June 7, 2023 at 12:36 PM UTC



Following image took on: June 7, 2023 at 12:37 PM UTC



Following image took on: June 7, 2023 at 12:37 PM UTC



Following image took on: June 7, 2023 at 12:38 PM UTC



Following image took on: June 7, 2023 at 12:39 PM UTC



Following image took on: June 7, 2023 at 12:39 PM UTC

Following image took on: June 7, 2023 at 12:40 PM UTC



# 75. JulioCampos



Previous image took on: June 26, 2023 at 10:08 AM UTC

Product Page

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-JulioCampos/35225295.IJ6L0.XYZ

Product ID

35225295.IJ6L0.XYZ

Seller Name

JulioCampos

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: June 26, 2023 at 10:08 AM UTC



Following image took on: June 26, 2023 at 10:09 AM UTC



Following image took on: June 26, 2023 at 10:09 AM UTC



Following image took on: June 26, 2023 at 10:10 AM UTC



Following image took on: June 26, 2023 at 10:10 AM UTC



Following image took on: June 26, 2023 at 10:11 AM UTC



Following image took on: June 26, 2023 at 10:11 AM UTC



Following image took on: June 26, 2023 at 10:11 AM UTC



Following image took on: June 26, 2023 at 10:11 AM UTC

Following image took on: June 26, 2023 at 10:12 AM UTC



It's the POP CULTURE EXTRAVAGANZA - Use code EXTRAVAGANZA for 20% off!

REDBUBBLE

**Shopping Cart** 1 item | $31.93

Add 2 more classic t-shirts and get them for 15% off.

Sherlock Holmes
Classic T-Shirt
L, Back, Front

— 1 +    $24.31    ✕

Coupon / Gift Card

Order Summary

Subtotal                    $24.31
Standard shipping           $7.62
Total                       $31.93

Delivery to **United States**    Change

Standard Shipping between 30 June - 4 July

Checkout $31.93

OR

Get it sooner, Express Shipping by 30 June

Checkout $39.40

Carbon Neutrality
Investing in programs that help the environment
Learn more

Secure Payments
100% Secure Payment with 256-bit SSL encryption
Learn more

Worldwide Shipping
Available as standard or express delivery
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

US    USD$ - English    Mature content: Hidden

| Shop | About | Help | Social |
|------|-------|------|--------|
| Gift Guides | About Us | Delivery | Instagram |
| Fan Art | Social Responsibility | Returns | Facebook |
| New Works | Partner Program | Help Center | Twitter |

Following image took on: June 26, 2023 at 10:12 AM UTC



Shipping to United States    EDIT

Delivers between 30 June - 4 July
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

How would you like
to checkout?

Pay by Credit Card

VISA

OR

PayPal

afterpay

Klarna.

amazon pay
USE YOUR AMAZON ACCOUNT

Shipping details

Carbon Neutrality
Investing in programs that help the environment

Worldwide Shipping
Available as Standard or Express delivery

Secure Payments
100% Secure payment with 256-bit SSL Encryption

Super Service
Hassle-free returns and friendly customer support

Following image took on: June 26, 2023 at 10:16 AM UTC



# 76. kateandtheworld



Previous image took on: June 26, 2023 at 10:31 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-kateandtheworld/23271866.WFLAH

**Product ID**

23271866.WFLAH

**Seller Name**

kateandtheworld

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 26, 2023 at 10:31 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:32 AM UTC



Following image took on: June 26, 2023 at 10:33 AM UTC



Following image took on: June 26, 2023 at 10:33 AM UTC

Following image took on: June 26, 2023 at 10:33 AM UTC



Following image took on: June 26, 2023 at 10:34 AM UTC

Following image took on: June 26, 2023 at 10:42 AM UTC



# 77. KaterinaSH



Previous image took on: June 29, 2023 at 12:54 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-paraphernalia-by-KaterinaSH/11254071.9V5H1

**Product ID**

11254071.9V5H1

**Seller Name**

KaterinaSH

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 12:54 PM UTC



Following image took on: June 29, 2023 at 12:55 PM UTC



Following image took on: June 29, 2023 at 12:55 PM UTC



Following image took on: June 29, 2023 at 12:55 PM UTC



Following image took on: June 29, 2023 at 12:55 PM UTC



Following image took on: June 29, 2023 at 12:55 PM UTC



Following image took on: June 29, 2023 at 12:56 PM UTC



Following image took on: June 29, 2023 at 12:56 PM UTC



Following image took on: June 29, 2023 at 12:56 PM UTC



Following image took on: June 29, 2023 at 1:02 PM UTC

Log In   Sign Up

REDBUBBLE      Search for products or designs      🔍      🛒

Please review your order below.

**Shipping Address**

Kirk Beadstead
4617 South Emerald Avenue
Chicago, IL 60609
United States

**Email Address**

kirkbeadstead@gmail.com

| Subtotal | USA | 23.34 |
| + Shipping | USA | 7.56 |
| + Tax | USA | 2.73 |

Total Amount Due

**US$33.63**

By clicking Place Order Now,
I agree to Redbubble's User Agreement

**PLACE ORDER NOW**

**Order Summary**

| 1 × Classic T-Shirt | L, Army, Front | $ | 23.34 |

| Subtotal | USD | 23.34 |
| + Shipping | USD | 7.56 |
| + Tax | USD | 2.73 |

Total Amount Due      **US$33.63**

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble, All Rights Reserved  |  User Agreement  |  Privacy Policy  |  Do not sell my personal information  |  Copyright  |  Affiliates  |  Give $10, Get $10

Student Discount  |  Guidelines  |  Log In

Explain and Send Screenshots
https://www.redbubble.com/paypal_checkouts/authorized?token=EC-8RU921270440510V8&PayerID=YDDY3CFW7K9SA

# 78. Katie358



Previous image took on: June 29, 2023 at 8:25 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-merry-Christmas-merchandise-by-Katie358/17594782.1482B

**Product ID**

17594782.1482B

**Seller Name**

Katie358

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 8:25 AM UTC

Following image took on: June 29, 2023 at 8:26 AM UTC



Following image took on: June 29, 2023 at 8:26 AM UTC



Following image took on: June 29, 2023 at 8:26 AM UTC



Following image took on: June 29, 2023 at 8:26 AM UTC



Following image took on: June 29, 2023 at 8:27 AM UTC



Following image took on: June 29, 2023 at 8:27 AM UTC



Following image took on: June 29, 2023 at 8:27 AM UTC



Following image took on: June 29, 2023 at 8:27 AM UTC



Following image took on: June 29, 2023 at 8:28 AM UTC



Following image took on: June 29, 2023 at 8:30 AM UTC

# 79. Lilee Mei



Previous image took on: January 6, 2023 at 10:26 AM UTC

Product Page

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-alwaysbookish/32043879.22W0K

Product ID

32043879.22W0K

Seller Name

Lilee Mei

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: January 6, 2023 at 10:26 AM UTC



Following image took on: January 6, 2023 at 10:27 AM UTC



Following image took on: January 6, 2023 at 10:27 AM UTC



Following image took on: January 6, 2023 at 10:27 AM UTC



Following image took on: January 6, 2023 at 10:27 AM UTC



Following image took on: January 6, 2023 at 10:27 AM UTC



Following image took on: January 6, 2023 at 10:28 AM UTC



Following image took on: January 6, 2023 at 10:28 AM UTC



Following image took on: January 6, 2023 at 10:28 AM UTC



Following image took on: January 6, 2023 at 10:28 AM UTC



Following image took on: January 6, 2023 at 10:30 AM UTC



Following image took on: January 6, 2023 at 10:38 AM UTC

Log In    Sign Up

**REDBUBBLE**    Search for products or designs    🔍    🛒

Please review your order below.

| Shipping Address | | Subtotal | US$ | 25.29 |
|---|---|---|---|---|
| Charlie Baxter | | + Shipping | US$ | 7.68 |
| 4617 S Emerald Ave | | + Tax | US$ | 2.92 |
| Chicago, IL 60609 | | | | |
| United States | | **Total Amount Due** | | |
| | | **US$35.89** | | |

**Email Address**

charliebax11@gmail.com

By clicking Place Order Now,
I agree to Redbubble's User Agreement

**PLACE ORDER NOW**

**Order Summary**

| | 1 × Classic T-Shirt | M, Denim Heather, Front | $ | 25.29 |
|---|---|---|---|---|
| | | Subtotal | US$ | 25.29 |
| | | + Shipping | US$ | 7.68 |
| | | + Tax | US$ | 2.92 |
| | | **Total Amount Due** | | **US$35.89** |

ABOUT US      SOCIAL RESPONSIBILITY      BLOG      DELIVERY      INVESTOR CENTRE      JOBS      CONTACT US      HELP

© Redbubble. All Rights Reserved. | User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |

Student Discount | Guidelines | Log In

Explain and Send Screenshots
https://www.redbubble.com/paypal_checkout/authorized?token=EC-2LX29543GG027160R&PayerID=G9U8KFHM2DNTC

# 80. lkaet



Previous image took on: June 26, 2023 at 10:52 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-lkaet/12621110.WFLAH

**Product ID**

12621110.WFLAH

**Seller Name**

lkaet

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 26, 2023 at 10:52 AM UTC



Following image took on: June 26, 2023 at 10:52 AM UTC



Following image took on: June 26, 2023 at 10:53 AM UTC



Following image took on: June 26, 2023 at 10:53 AM UTC



Following image took on: June 26, 2023 at 10:53 AM UTC



Following image took on: June 26, 2023 at 10:53 AM UTC



Following image took on: June 26, 2023 at 10:53 AM UTC



Following image took on: June 26, 2023 at 10:54 AM UTC



Following image took on: June 26, 2023 at 10:54 AM UTC

Following image took on: June 26, 2023 at 10:54 AM UTC



Following image took on: June 26, 2023 at 10:55 AM UTC

Following image took on: June 26, 2023 at 10:57 AM UTC



# 81. MolinArte



Previous image took on: June 29, 2023 at 8:39 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-and-Quotes-by-MolinArte/100516192.WFLAH

**Product ID**

100516192.WFLAH

**Seller Name**

MolinArte

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 8:39 AM UTC



Following image took on: June 29, 2023 at 8:39 AM UTC



Following image took on: June 29, 2023 at 8:40 AM UTC



Following image took on: June 29, 2023 at 8:40 AM UTC



Following image took on: June 29, 2023 at 8:40 AM UTC



Following image took on: June 29, 2023 at 8:40 AM UTC



Following image took on: June 29, 2023 at 8:40 AM UTC



Following image took on: June 29, 2023 at 8:41 AM UTC



Following image took on: June 29, 2023 at 8:41 AM UTC



Following image took on: June 29, 2023 at 8:41 AM UTC



Following image took on: June 29, 2023 at 8:43 AM UTC

# 82. nicebleed



Previous image took on: June 26, 2023 at 11:09 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-nicebleed/14670161.IJ6L0.XYZ

**Product ID**

14670161.IJ6L0.XYZ

**Seller Name**

nicebleed

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 26, 2023 at 11:09 AM UTC



Following image took on: June 26, 2023 at 11:09 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:10 AM UTC



Following image took on: June 26, 2023 at 11:11 AM UTC



Following image took on: June 26, 2023 at 11:11 AM UTC



Following image took on: June 26, 2023 at 11:12 AM UTC

Following image took on: June 26, 2023 at 11:13 AM UTC

# 83. purva parab



Previous image took on: June 29, 2023 at 9:22 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-holmes-merchandise-by-purva176/57201256.IJ6L0

**Product ID**

176/57201256.IJ6L0

**Seller Name**

purva parab

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 1:28 PM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:23 AM UTC



Following image took on: June 29, 2023 at 9:24 AM UTC



Following image took on: June 29, 2023 at 9:27 AM UTC

# 84. renduh



Previous image took on: June 7, 2023 at 12:48 PM UTC

**Product Page**

https://www.redbubble.com/i/tank-top/Sherlock-Holmes-The-Canon-by-renduh/7595002.B4HC7

**Product ID**

7595002.B4HC7

**Seller Name**

renduh

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 12:48 PM UTC



Following image took on: June 7, 2023 at 12:48 PM UTC



Following image took on: June 7, 2023 at 12:48 PM UTC



Following image took on: June 7, 2023 at 12:49 PM UTC



Following image took on: June 7, 2023 at 12:49 PM UTC



Following image took on: June 7, 2023 at 12:50 PM UTC



Following image took on: June 7, 2023 at 12:51 PM UTC



Following image took on: June 7, 2023 at 1:02 PM UTC

# 85. RetroSci-FiPop



Previous image took on: June 26, 2023 at 12:38 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/SHERLOCK-HOLMES-Throughout-the-ages-POP-ART-by-RetroSci-FiPop/121420137.WFLAH.XYZ

**Product ID**

121420137.WFLAH.XYZ

**Seller Name**

RetroSci-FiPop

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 26, 2023 at 12:38 PM UTC



Following image took on: June 26, 2023 at 12:38 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:39 PM UTC



Following image took on: June 26, 2023 at 12:40 PM UTC



Following image took on: June 26, 2023 at 12:40 PM UTC



Following image took on: June 26, 2023 at 12:40 PM UTC



Following image took on: June 26, 2023 at 12:40 PM UTC

Following image took on: June 26, 2023 at 12:41 PM UTC



Following image took on: June 26, 2023 at 12:43 PM UTC



# 86. SanFernandez



Previous image took on: June 7, 2023 at 1:35 PM UTC

Product Page

https://www.redbubble.com/i/dress/Sherlock-Holmes-by-SanFernandez/82292022.TGIUM

Product ID

82292022.TGIUM

Seller Name

SanFernandez

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: June 7, 2023 at 1:35 PM UTC



Following image took on: June 7, 2023 at 1:35 PM UTC



Following image took on: June 7, 2023 at 1:36 PM UTC



Following image took on: June 7, 2023 at 1:36 PM UTC



Following image took on: June 7, 2023 at 1:36 PM UTC



Following image took on: June 7, 2023 at 1:37 PM UTC



Following image took on: June 7, 2023 at 1:37 PM UTC



Following image took on: June 7, 2023 at 1:37 PM UTC

Following image took on: June 7, 2023 at 1:37 PM UTC



Following image took on: June 7, 2023 at 1:38 PM UTC



Following image took on: June 7, 2023 at 1:38 PM UTC



Following image took on: June 7, 2023 at 1:40 PM UTC

# 87. STHArtStudio



Previous image took on: June 7, 2023 at 1:47 PM UTC

**Product Page**

https://www.redbubble.com/i/dress/Sherlock-Holmes-and-the-Pipe-by-STHArtStudio/66490410.V4WQ8

**Product ID**

66490410.V4WQ8

**Seller Name**

STHArtStudio

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 1:47 PM UTC



Following image took on: June 7, 2023 at 1:47 PM UTC



Following image took on: June 7, 2023 at 1:47 PM UTC



Following image took on: June 7, 2023 at 1:48 PM UTC



Following image took on: June 7, 2023 at 1:48 PM UTC



Following image took on: June 7, 2023 at 1:49 PM UTC



Following image took on: June 7, 2023 at 1:49 PM UTC



Following image took on: June 7, 2023 at 1:49 PM UTC



Following image took on: June 7, 2023 at 1:49 PM UTC



Following image took on: June 7, 2023 at 1:50 PM UTC



Following image took on: June 7, 2023 at 1:50 PM UTC



Following image took on: June 7, 2023 at 1:50 PM UTC



Following image took on: June 7, 2023 at 1:52 PM UTC

REDBUBBLE

Log In    Sign Up

Search for products or designs    🔍    🛒

Please review your order below.

**Shipping Address**

Kirk Breakbread
4617 South Emerald Avenue
Chicago, IL 60609
United States

**Email Address**

kirkbeadstead@gmail.com

| | | |
|---|---|---|
| Subtotal | US$ | 51.96 |
| + Shipping | US$ | 4.52 |
| + Tax | US$ | 4.98 |

**Total Amount Due**

**US$61.36**

By clicking Place Order Now,
I agree to Redbubble's User Agreement

PLACE ORDER NOW

**Order Summary**

| | | | |
|---|---|---|---|
| 1 × A-Line Dress | | $ | 51.96 |

| | | |
|---|---|---|
| Subtotal | US$ | 51.96 |
| + Shipping | US$ | 4.52 |
| + Tax | US$ | 4.98 |

**Total Amount Due**    **US$61.36**

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved | User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |

Student Discount | Guidelines | Log In

Capture and Send Screenshots
https://www.redbubble.com/paypal_checkout/authorized?token=EC-6X062833V88I233ZA&PayerID=YDDY3CFWTKK6A

# 88. Suryansh24



Previous image took on: June 7, 2023 at 1:53 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-I-am-Sherlocked-by-Suryansh24/53729778.WFLAH

**Product ID**

53729778.WFLAH

**Seller Name**

Suryansh24

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 7, 2023 at 1:53 PM UTC



Following image took on: June 7, 2023 at 1:53 PM UTC



Following image took on: June 7, 2023 at 1:53 PM UTC

### Sherlock Holmes "I am Sherlocked" Classic T-Shirt

Designed and sold by Suryansh24

**$23.34**

$19.84 when you buy 3+

**Style**                                    Explore more styles

**Classic T-Shirt**
Everyday tee, crew neck, generous fit

**Color** White

**Size**                                     View size guide

S   M   L   XL   2XL   3XL   4XL   5XL

**Print Location**

Front   Back

🛒 Add to cart

**Delivery**
Express by 13 June
Standard between 13–15 June

Following image took on: June 7, 2023 at 1:54 PM UTC



**Product features**                         ★★★★★ 4.61 (1138 reviews)

- The standard, traditional t-shirt for everyday wear
- Classic, generous, boxy fit
- Male model shown is 6'0" / 183 cm tall and wearing size Medium
- Female model shown is 5'8" / 173 cm tall and wearing size Small
- Heavyweight 5.3 oz / 180 gsm fabric, solid colors are 100% preshrunk cotton, heather grey is 90% cotton/10% polyester, denim heather is 50% cotton/ 50% polyester
- Double-needle hems and neck band for durability

**Sherlock Holmes "I am Sherlocked"**
A Premium design of your favorite show..... BUY NOW.....

**Also available on**                        View this design on +78 products

| Baseball ¾ Sleeve T-Shirt | Classic T-Shirt | Graphic T-Shirt | Long Sleeve T-Shirt | Long T-Shirt | Premium T-Shirt |
|---|---|---|---|---|---|
| $28.27 | $23.34 | $31.67 | $29.40 | $28.27 | $31.62 |

Designed and sold by **Suryansh24**
278 designs                                  Follow

**More by this artist**                      View shop

Following image took on: June 7, 2023 at 1:54 PM UTC



Following image took on: June 7, 2023 at 1:54 PM UTC



Following image took on: June 7, 2023 at 1:55 PM UTC



Following image took on: June 7, 2023 at 1:55 PM UTC



Following image took on: June 7, 2023 at 1:55 PM UTC



Following image took on: June 7, 2023 at 1:56 PM UTC



Following image took on: June 7, 2023 at 1:56 PM UTC



Following image took on: June 7, 2023 at 1:56 PM UTC



Following image took on: June 7, 2023 at 1:57 PM UTC



Following image took on: June 7, 2023 at 1:57 PM UTC

Following image took on: June 7, 2023 at 1:58 PM UTC



# 89. sweetsixty



Previous image took on: January 6, 2023 at 1:11 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-Design-by-sweetsixty/12423033.NL9AC.XYZ

**Product ID**

12423033.NL9AC.XYZ

**Seller Name**

sweetsixty

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 1:11 PM UTC

Following image took on: January 6, 2023 at 1:12 PM UTC



Following image took on: January 6, 2023 at 1:12 PM UTC



Following image took on: January 6, 2023 at 1:12 PM UTC



Following image took on: January 6, 2023 at 1:12 PM UTC



Following image took on: January 6, 2023 at 1:12 PM UTC



Following image took on: January 6, 2023 at 1:13 PM UTC



Following image took on: January 6, 2023 at 1:14 PM UTC



Following image took on: January 6, 2023 at 1:17 PM UTC

# 90. Topas



Previous image took on: June 8, 2023 at 11:11 AM UTC

Product Page

https://www.redbubble.com/i/dress/Sherlock-Holmes-by-Topas/29427732.V4WQ8

Product ID

29427732.V4WQ8

Seller Name

Topas

Marketplace

Redbubble

Brand

Sherlock Holmes

Following image took on: June 8, 2023 at 11:11 AM UTC



Following image took on: June 8, 2023 at 11:11 AM UTC



Following image took on: June 8, 2023 at 11:12 AM UTC



Following image took on: June 8, 2023 at 11:13 AM UTC



Following image took on: June 8, 2023 at 11:13 AM UTC



Following image took on: June 8, 2023 at 11:13 AM UTC



Following image took on: June 8, 2023 at 11:13 AM UTC



Following image took on: June 8, 2023 at 11:14 AM UTC



Following image took on: June 8, 2023 at 11:14 AM UTC

Following image took on: June 8, 2023 at 11:14 AM UTC



Following image took on: June 8, 2023 at 11:16 AM UTC

# 91. whitebalanced



Previous image took on: June 27, 2023 at 6:26 AM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/World-s-Only-Consulting-Detective-by-whitebalanced/15515485.S7RYU

**Product ID**

15515485.S7RYU

**Seller Name**

whitebalanced

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: June 27, 2023 at 1:40 PM UTC



Following image took on: June 27, 2023 at 6:26 AM UTC



Following image took on: June 27, 2023 at 2:39 PM UTC



Following image took on: June 27, 2023 at 2:39 PM UTC



Following image took on: June 27, 2023 at 2:39 PM UTC



Following image took on: June 27, 2023 at 2:39 PM UTC



Following image took on: June 27, 2023 at 6:27 AM UTC



Following image took on: June 27, 2023 at 6:28 AM UTC



Following image took on: June 27, 2023 at 6:29 AM UTC



Following image took on: June 27, 2023 at 6:33 AM UTC

**REDBUBBLE**

Search for products or designs

Please review your order below.

**Shipping Address**

rob e harrison
4617 S Emerald Ave, Chicago
chicago, IL 60609
United States

**Email Address**

| | | |
|---|---|---|
| Subtotal | US$ | 23.34 |
| + Shipping | US$ | 7.56 |
| + Tax | US$ | 2.73 |

**Total Amount Due**
**US$33.63**

By clicking Place Order Now,
I agree to Redbubble's User Agreement.

**PLACE ORDER NOW**

**Order Summary**

| | | | |
|---|---|---|---|
| 1 × Classic T-Shirt | M, Navy, Front | $ | 23.34 |
| | Subtotal | US$ | 23.34 |
| | + Shipping | US$ | 7.56 |
| | + Tax | US$ | 2.73 |

**Total Amount Due**  **US$33.63**

# 92. Yvonne Falkenhagen



Previous image took on: January 6, 2023 at 12:04 PM UTC

**Product Page**

https://www.redbubble.com/i/t-shirt/Sherlock-Holmes-by-yfalke/15333817.WFLAH

**Product ID**

15333817.WFLAH

**Seller Name**

Yvonne Falkenhagen

**Marketplace**

Redbubble

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 12:04 PM UTC



Following image took on: January 6, 2023 at 12:04 PM UTC



Following image took on: January 6, 2023 at 12:05 PM UTC



Following image took on: January 6, 2023 at 12:05 PM UTC



Following image took on: January 6, 2023 at 12:05 PM UTC



Following image took on: January 6, 2023 at 12:05 PM UTC



Following image took on: January 6, 2023 at 12:05 PM UTC



Following image took on: January 6, 2023 at 12:06 PM UTC



Following image took on: January 6, 2023 at 12:06 PM UTC



Following image took on: January 6, 2023 at 12:10 PM UTC

Log In    Sign Up

**REDBUBBLE**    Search for products or designs    🔍    🛒

Please review your order below.

| Shipping Address | | |
|---|---|---|
| | Subtotal | US$ 23.34 |
| Charlie Baxter | + Shipping | US$ 7.56 |
| 4617 S Emerald Ave | + Tax | US$ 2.73 |
| Chicago, IL 60609 | | |
| United States | **Total Amount Due** | |
| | | **US$33.63** |
| **Email Address** | | |
| | By clicking Place Order Now, | |
| charliebax11@gmail.com | I agree to Redbubble's User Agreement | |

**PLACE ORDER NOW**

**Order Summary**

| | | | | |
|---|---|---|---|---|
| 1 × Classic T-Shirt | M, White, Front | | $ | 23.34 |
| | Subtotal | US$ | | 23.34 |
| | + Shipping | US$ | | 7.56 |
| | + Tax | US$ | | 2.73 |
| | **Total Amount Due** | | | **US$33.63** |

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved  /  User Agreement  /  Privacy Policy  /  Do not sell my personal information  /  Copyright  /  Affiliates  /  Give $10, Get $10

Student Discount  /  Guidelines  /  Log In

📷  f  🐦  t  📌

Explain and Send Screenshots
https://www.redbubble.com/paypal_checkouts/authorize?token=EC-97U26212?R6024?0R&PayerID=G9U8KFH6DDMTC

# 93. 302362653



Previous image took on: June 8, 2023 at 12:58 PM UTC

| | |
|---|---|
| **Product Page** | **Marketplace** |
| https://www.spreadshirt.com/shop/design/sherlock+holmes+sherlock+holmes+and+the+case+o+womens+t-shirt-D59661a81f6c60d63db3368ef | Spreadshirt |
| | **Brand** |
| **Product ID** | Sherlock Holmes |
| D59661a81f6c60d63db3368ef | |
| **Seller Name** | |
| 302362653 | |

Following image took on: June 8, 2023 at 12:58 PM UTC

Following image took on: June 8, 2023 at 12:59 PM UTC



Following image took on: June 8, 2023 at 12:59 PM UTC



Following image took on: June 8, 2023 at 1:34 PM UTC



Following image took on: June 8, 2023 at 1:35 PM UTC

Following image took on: June 8, 2023 at 1:35 PM UTC



Following image took on: June 8, 2023 at 1:36 PM UTC



Following image took on: June 8, 2023 at 1:38 PM UTC

Following image took on: June 8, 2023 at 1:39 PM UTC



Following image took on: June 8, 2023 at 1:39 PM UTC

Already registered? ⚲ Log in

✓ **Shipping**
Edit shipping details

**Send my order to**
Mr. Kirk Bearbottned
4617 S Emerald Avenue
60609 Chicago, IL -US

**Billing address**
Billing address matches shipping address

Shipping method: Standard

✓ **Payment**
Edit

PayPal

③ **Order**

| | |
|---|---|
| Sub-total | $25.99 |
| Shipping costs (Standard) | $5.99 |
| Sales Tax | $3.25 |
| **Total** | **$35.23** |

I acknowledge and accept the General Terms and Conditions of Spreadshirt, Inc.

Pay with **PayPal**

Pay with **PayPal CREDIT**

**Any questions?**
Call us! Mon - Fri 9am - 18pm ET
+1 800 381 0815

**Sustainably printed on-demand. For you and the planet.**

---

Coupon code

| | |
|---|---|
| Sub-total | $25.99 |
| Shipping costs | $5.99 |
| Standard Jun 19 - Jun 30 | |
| Sales Tax | $3.25 |
| **Total** | **$35.23** |

Men's Premium T-Shirt    $25.99
Black (Edit)

Front: Sherlock holmes - S... - Digital Direct

L          ⬚  1  +

✎ Make size changes                🗑 Delete

↗ Share Cart