# 94. 302373842



Previous image took on: June 9, 2023 at 11:22 AM UTC

Product Page

https://www.spreadshirt.com/shop/design/sherlock+holmes+sherlock+holmes+and+the+case+o+unisex+colorblock+hoodie-D596daac3f6c60d63db866ec4?sellable=pr7Jn8jX7pcRN3Y8ky39-1068-23

Marketplace

Spreadshirt

Brand

Sherlock Holmes

Product ID

D596daac3f6c60d63db866ec4

Seller Name

302373842

Following image took on: June 9, 2023 at 11:23 AM UTC



Following image took on: June 9, 2023 at 11:22 AM UTC



Following image took on: June 9, 2023 at 11:23 AM UTC

Following image took on: June 9, 2023 at 11:23 AM UTC



Following image took on: June 9, 2023 at 11:24 AM UTC

Following image took on: June 9, 2023 at 11:24 AM UTC



Following image took on: June 9, 2023 at 11:25 AM UTC

Following image took on: June 9, 2023 at 11:25 AM UTC



Following image took on: June 9, 2023 at 11:25 AM UTC

Following image took on: June 9, 2023 at 11:25 AM UTC

Already registered? Log in

**Shipping**
Edit shipping details

Send my order to
Mr. Riley B Hansen
4617 S Emerald Ave
Unit 106
60609 Chicago, IL US

Billing address
Billing address matches shipping address

Shipping method Standard
3129851035

**Payment**
Edit

PayPal

**Order**

Sub-total                                    $61.99
Shipping costs      (Standard)               $7.99
Sales Tax                                    $7.16

Total                                       $77.14

I acknowledge and accept the General Terms
and Conditions of Spreadshirt, Inc.

Pay with **PayPal**

Pay with **P PayPal CREDIT**

Coupon code

Sub-total                $61.99
Shipping costs           $7.99
Standard Jun 19 - Jun 21
Sales Tax                $7.16

Total                   $77.14

**Unisex Colorblock Hoodie**
heather gray/black   Edit

Front: Sherlock holmes - S... - Digital Direct

S                          1

Make size changes       Delete

Share Cart

**Any questions?**
Call us! Mon - Fri, 9am - 18pm ET
+1 800 381 0815

**Sustainably printed on-demand. For you and
the planet.**

# 95. 302546920



Previous image took on: June 5, 2023 at 9:42 AM UTC

## Product Page

https://www.spreadshirt.com/shop/design/sherlock+holmes+want+to+see+some+more+unisex+shawl+collar+hoodie-D59d09752aa0c6d24f80aa208?sellable=R42pAEAeOZfAyn8rnyod-1388-22

## Product ID

R42pAEAeOZfAyn8rnyod-1388-22

## Seller Name

302546920

## Marketplace

Spreadshirt

## Brand

Sherlock Holmes

Following image took on: June 5, 2023 at 9:42 AM UTC



Following image took on: June 5, 2023 at 9:43 AM UTC

Following image took on: June 5, 2023 at 9:43 AM UTC



Following image took on: June 5, 2023 at 9:43 AM UTC

Following image took on: June 5, 2023 at 9:44 AM UTC



Following image took on: June 5, 2023 at 9:45 AM UTC



Following image took on: June 5, 2023 at 9:46 AM UTC

Already registered? 🔒 Log in

✅ **Shipping**
Edit shipping details

**Send my order to**
Mr. Kirk Breadanlaod
4617 D Emerald Avenue
60609 Chicago, IL -US

**Billing address**
Billing address matches shipping address

Shipping method: Standard
3129851035

✅ **Payment**
Edit

PayPal

③ **Order**

| | |
|---|---|
| Sub-total | $57.99 |
| Shipping costs (Standard) | $7.99 |
| Sales Tax | $6.75 |
| **Total** | **$72.73** |

I acknowledge and accept the General Terms and Conditions of Spreadshirt, Inc.

[ Pay with **PayPal** ]

[ Pay with **PayPal CREDIT** ]

---

| Coupon code | |
|---|---|
| Sub-total | $57.99 |
| Shipping costs | $7.99 |
| Delivery Jun 19 - Jun 19 | |
| Sales Tax | $6.75 |
| **Total** | **$72.73** |

**Unisex Shawl Collar Hoodie** $57.99
black (blk)

**Front:** Sherlock Holmes - W... - Digital Direct
L ⚙ 1 +
🗑 Delete

✏ Make size changes

⇆ Share Cart

---

**Any questions?**
Call us! Mon - Fri: 9am - 18pm ET
+1 800 381 0815

**Sustainably printed on-demand. For you and the planet.**

# 96. 304381130



Previous image took on: January 6, 2023 at 10:40 AM UTC

**Product Page**

https://www.spreadshirt.com/shop/design/sherlock+holmes+mens+pique+polo+shirt-D5cea4b151cbf3a58c3c2c9ae

**Product ID**

D5cea4b151cbf3a58c3c2c9ae

**Seller Name**

304381130

**Marketplace**

Spreadshirt

**Brand**

Sherlock Holmes

Following image took on: January 6, 2023 at 10:40 AM UTC

Following image took on: January 6, 2023 at 10:40 AM UTC

Following image took on: January 6, 2023 at 10:41 AM UTC



Following image took on: January 6, 2023 at 10:48 AM UTC



Following image took on: January 6, 2023 at 10:50 AM UTC

Following image took on: January 6, 2023 at 10:50 AM UTC



Following image took on: January 6, 2023 at 10:50 AM UTC

# 97. carloj1956



Previous image took on: June 8, 2023 at 11:20 AM UTC

**Product Page**

https://www.teepublic.com/t-shirt/111339-sherlock-holmes

**Product ID**

111339

**Seller Name**

carloj1956

**Marketplace**

Teepublic

**Brand**

Sherlock Holmes

Following image took on: June 8, 2023 at 11:21 AM UTC



Following image took on: June 8, 2023 at 11:21 AM UTC



Following image took on: June 8, 2023 at 11:22 AM UTC



Following image took on: June 8, 2023 at 11:22 AM UTC



Following image took on: June 8, 2023 at 11:22 AM UTC



Following image took on: June 8, 2023 at 11:23 AM UTC

Prices increase in **19h** **36m** **11s**   Up to 35% off sitewide! $16 tees and more!   SHOP NOW   ✕

## ⊙ TEEPUBLIC

🔒 **Secure Checkout**

### Shipping Info

First Name*
Kirk

Last Name*
Beadstead

Address Line 1*
4617 South Emerald Avenue

Address Line 2

Country*                     Zip*
United States                60609

City*                        State*
Chicago                      Illinois

☐ This order contains a gift. (The packing slip won't include prices).

### Shipping Method

◉ Standard (6–8 Business Days) ($6.99)

○ Ground (5–7 Business Days) ($13.99)

○ Expedited (4–6 Business Days) ($19.99)

*All shipping estimates include printing and processing time in business days.*

**Confirm & Proceed to Payment**

### Order Details

| | |
|---|---|
| Subtotal (1 item) | $16.00 |
| Shipping | $6.99 |
| Estimated Tax | $1.44 |
| **TOTAL** | **$24.43** |

### Your Cart (1 items)

Sherlock Holmes          $16.00
Classic T-Shirt
Mint P.F. Large
Royal Blue
Quantity: 1
$16.00

Have a gift card or coupon code?

⭐ 4.9 ★★★★★
Google
Customer Reviews

# 98. KUZO



Previous image took on: January 6, 2023 at 10:12 AM UTC

| Product Page | Marketplace |
|---|---|
| https://www.teepublic.com/t-shirt/4573033-sherlock-holmes | Teepublic |
| **Product ID** | **Brand** |
| 4573033 | Sherlock Holmes |
| **Seller Name** | |
| KUZO | |

Following image took on: January 6, 2023 at 10:12 AM UTC



Following image took on: January 6, 2023 at 10:12 AM UTC



Following image took on: January 6, 2023 at 10:13 AM UTC



Following image took on: January 6, 2023 at 10:13 AM UTC



Following image took on: January 6, 2023 at 10:18 AM UTC

Following image took on: January 6, 2023 at 10:24 AM UTC

TEEPUBLIC

🔒 SECURE CHECKOUT

**Shipping Info**

**Shipping Method**

**Contact Info**

**Payment Method**

**Billing Info**

PLACE ORDER

**Order Details**

PLACE ORDER

**Your Cart (1 item)**

# 99. OutfittersAve



Previous image took on: June 8, 2023 at 11:46 AM UTC

**Product Page**

https://www.teepublic.com/t-shirt/38049997-sherlock-holmes-bookish

**Product ID**

38049997

**Seller Name**

OutfittersAve

**Marketplace**

Teepublic

**Brand**

Sherlock Holmes

Following image took on: June 8, 2023 at 11:47 AM UTC



Following image took on: June 8, 2023 at 11:47 AM UTC



Following image took on: June 8, 2023 at 11:47 AM UTC



Following image took on: June 8, 2023 at 11:47 AM UTC



Following image took on: June 8, 2023 at 11:48 AM UTC



Following image took on: June 8, 2023 at 11:49 AM UTC



Following image took on: June 8, 2023 at 11:50 AM UTC

# 100. western-dudeooles



Previous image took on: June 8, 2023 at 12:53 PM UTC

| Product Page | Marketplace |
|---|---|
| https://www.teepublic.com/tank-top/24218953-sherlock-holmes-pattern | Teepublic |
| **Product ID** | **Brand** |
| 24218953 | Sherlock Holmes |
| **Seller Name** | |
| western-dudeooles | |

Following image took on: June 8, 2023 at 12:53 PM UTC

Following image took on: June 8, 2023 at 12:54 PM UTC



Following image took on: June 8, 2023 at 12:54 PM UTC



Following image took on: June 8, 2023 at 12:55 PM UTC



Following image took on: June 8, 2023 at 12:56 PM UTC

# 101. Western.Dudeooles



Previous image took on: June 29, 2023 at 9:39 AM UTC

**Product Page**

https://www.teepublic.com/t-shirt/24218953-sherlock-holmes-pattern

**Product ID**

24218953

**Seller Name**

Western.Dudeooles

**Marketplace**

Teepublic

**Brand**

Sherlock Holmes

Following image took on: June 29, 2023 at 9:39 AM UTC



Following image took on: June 29, 2023 at 9:39 AM UTC



Following image took on: June 29, 2023 at 9:40 AM UTC



Following image took on: June 29, 2023 at 9:40 AM UTC

Following image took on: June 29, 2023 at 9:41 AM UTC



Following image took on: June 29, 2023 at 9:41 AM UTC



Following image took on: June 29, 2023 at 9:42 AM UTC



Following image took on: June 29, 2023 at 9:44 AM UTC



Following image took on: June 29, 2023 at 9:45 AM UTC

# 102. galeriasnack



Previous image took on: January 5, 2023 at 12:46 PM UTC

**Product Page**

https://www.wish.com/search/sherlock%20holmes%20hat/product/609efd91b3203d701e90e211

**Product ID**

609efd91b3203d701e90e211

**Seller Name**

galeriasnack

**Marketplace**

Wish

**Brand**

Sherlock Holmes

Following image took on: January 5, 2023 at 12:46 PM UTC



Following image took on: January 5, 2023 at 12:46 PM UTC



Following image took on: January 5, 2023 at 12:47 PM UTC



Following image took on: January 5, 2023 at 12:48 PM UTC

Following image took on: January 5, 2023 at 12:49 PM UTC

