IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAN DOYLE ESTATE LIMITED,<br><br>                Plaintiff,<br>   v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 23-cv-14556<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF
<u>PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)</u>**

      Plaintiff Conan Doyle Estate Limited ("Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 11th day of October 2023.      Respectfully submitted,

                                          <u>/s/ Martin F. Trainor</u>
                                          Martin F. Trainor
                                          Sydney Fenton
                                          TME Law, P.C.
                                          10 S. Riverside Plaza
                                          Suite 875
                                          Chicago, Illinois 60606
                                          708.475.1127
                                          martin@tme-law.com
                                          sydney@tme-law.com

                                          *Counsel for Plaintiff Conan Doyle Estate Limited*