IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAN DOYLE ESTATE LIMITED,<br><br>                 Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                 Defendants. | Case No. 23-cv-14556<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey Cole** |

## MOTION TO WITHDRAW DEFENDANT'S RESPONSE IN OPPOSITION TO THE MOTION FOR TEMPORARY INJUNCTIVE RELIEF

Plaintiff Conan Doyle Estate Limited ("Plaintiff") and Defendant Sugargoo ("Defendant"), submit the following joint status report [47] on December 11, 2023.

Plaintiff filed its motion for Preliminary Injunction [26] on November 14, 2023. Defendant filed its response to Plaintiff's motion for Preliminary Injunction [36] on November 28, 2023.

The parties have fully executed a settlement agreement. Therefore, Defendant hereby withdraw Defendant's Response in Opposition to the Motion for Temporary Injunctive Relief [36].

Dated this 15th day of December 2023.      Respectfully submitted,

/s/ Jing An
Jing An
Altman & An LLP
37-12 Prince Street, Unit 10B,
Flushing, NY 11354

*Counsel for Defendant Sugargoo*